| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | **Lidral Orthodontics, PLLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-1234577** |

| | | | |
| --- | --- | --- | --- |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **158 Marcell Dr. N.E.** **ROCKFORD, MI 49341** | **6269 Hazelgreen Dr. N.E.** **ROCKFORD, MI 49341-7797** |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **KENT** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | **lidralorthodontics.com** |

| | | |
| --- | --- | --- |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Lidral Orthodontics, PLLC**
      Name

Case number *(if known)* _____

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check* ***all*** *that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor  **Lidral Orthodontics, PLLC**                                    Case number (*if known*) _____
_____
Name

**11.  Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____
         Contact name        _____
         Phone                _____

---

■ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Lidral Orthodontics, PLLC**                                          Case number (*if known*) _____
        Name

████    **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 11, 2020**
              MM / DD / YYYY

X **/s/ Andrew C. Lidral**                                    **Andrew C. Lidral**
Signature of authorized representative of debtor        Printed name

Title    **President/Member**

**18. Signature of attorney**

X **/s/ Martin L. Rogalski**                        Date    **June 11, 2020**
Signature of attorney for debtor                              MM / DD / YYYY

**Martin L. Rogalski P-30548 - MICHIGAN**
Printed name

**MARTIN L. ROGALSKI, P.C.**
Firm name

**1881 GEORGETOWN CENTER DRIVE
JENISON, MI 49428**
Number, Street, City, State & ZIP Code

Contact phone    **(616) 457-4410**        Email address    **court@mrogalski.com**

**P-30548 - MICHIGAN MI**
Bar number and State

## *COMPANY RESOLUTION TO AUTHORIZE FILING OF CHAPTER 7*

Upon the holding of a Special Meeting called for June 11, 2020, for the purpose of reviewing the financial situation of LIDRAL ORTHODONTICS, PLLC, a Michigan Corporation, the following motion was submitted, seconded, and approved by the shareholders of LIDRAL ORTHODONTICS, PLLC, a Michigan Company:

BE IT HEREBY RESOLVED that LIDRAL ORTODONTICS, PLLC, a Michigan Company, shall file a Chapter 7 Bankruptcy proceeding.  The Sole Member, Andrew C. Lidral, is authorized to sign any and all papers necessary to commence and continue the Chapter 7 case.  The law firm of Martin L. Rogalski, P.C., shall be retained as bankruptcy counsel for the company.

Dated: June 11, 2020                     LIDRAL ORTHODONTICS, PLLC


By: /s/ Andrew C. Lidral
        Andrew C. Lidral, Sole Member

**Fill in this information to identify the case:**

Debtor name    **Lidral Orthodontics, PLLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■    *Schedule H: Codebtors* (Official Form 206H)
- ■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐    Amended *Schedule*
- ☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 11, 2020**              X **/s/ Andrew C. Lidral**
                                                Signature of individual signing on behalf of debtor

                                            **Andrew C. Lidral**
                                            Printed name

                                            **President/Member**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Lidral Orthodontics, PLLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $     **44,331.60**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................    $     **44,331.60**

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $     **665,761.79**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $     **267,708.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................    +$     **330,501.70**

4.    **Total liabilities** ..........................................................................................
    Lines 2 + 3a + 3b    $     **1,263,971.49**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Lidral Orthodontics, PLLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **UNITED BANK ACCOUNT** | **CHECKING - MAIN** | **7444** | $1.00 |
| 3.2. | **UNITED BANK ACCOUNT** | **CHECKING - PAYROLL** | **7436** | $1.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                            $2.00
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **DEPOSITS WHICH ARE UNEARNED** | Unknown |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Debtor    **Lidral Orthodontics, PLLC**                                    Case number *(If known)* _____
_____
Name

9.    **Total of Part 2.**                                                                 | **$0.00** |
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

    11b. Over 90 days old:    **2,165.50** - **2,165.50** =....    **$0.00**
                  face amount          doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                 | **$0.00** |
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** **ELECTRONICS INCLUDING COMPUTERS, PRINTERS, PHONES, SERVER, COPIER, FAX, IPAD, STEREO, AND ARCADE GAMES** | 2020 | $2,450.00 | Liquidation | $2,450.00 |
| **PRACTICE MANAGEMENT SOFTWARE** | | $0.00 | | $1.00 |
| **IMAGING SOFTWARE** | | $0.00 | | $1.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Lidral Orthodontics, PLLC**                                    Case number *(If known)* _____
_____
Name

| | | | | |
|---|---|---|---|---|
| **ORTHODONTIC SPECIFIC OFFICE EQUIPMENT (See Attached list)** | 2020 | $32,625.00 | Liquidation | $32,625.00 |
| **ORTHODONTIC SPECIFIC SUPPLIES (See attached list)** | 2020 | $2,027.60 | Liquidation | $2,027.60 |

23. **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.                     | $37,104.60 |

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value  _____  Valuation method  _____  Current Value  _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** OFFICE FURNITURE INCLUDING CHAIRS, BENCHES, DESKS, FILE CABINETS, AND STORAGE SHELVES | $7,225.00 | Liquidation | $7,225.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                     | $7,225.00 |

Debtor    **Lidral Orthodontics, PLLC**_____    Case number *(If known)*_____
_____Name_____

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
  ■ No
  ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

  ■ No.  Go to Part 9.
  ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

  ☐ No.  Go to Part 10.
  ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **COMMERCIAL LEASE WITH 158 MARCELL, LLC ON THE EAST HALF OF A BUILDING (SUITE NO. 1) LOCATED AT 158 MARCELL NE, ROCKFORD, MI 49341** | **TENANT** | **$0.00** | | **$0.00** |

56.    **Total of Part 9.**                                                                                      | **$0.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
  ■ No
  ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

  ■ No.  Go to Part 11.
  ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

Debtor    **Lidral Orthodontics, PLLC**_____    Case number *(If known)* _____
          Name

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor    **Lidral Orthodontics, PLLC**                                    Case number *(if known)* _____
       Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $37,104.60 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,225.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $44,331.60 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $44,331.60 |

# BUSINESS INVENTORY ATTACHMENT TO A/B

| EQUIPMENT | Quantity | Unit Value | Total | MODEL NUMBER | SERIAL NUMBER |
|---|---|---|---|---|---|
| Orthopantomograph OP100 : Type OC 100-3-1-1-5 | 1 | $ 2,500 | $ 2,500 | | 75978 |
| **Tube insert Type D-0515 | | | | THA100 | 5991 & 9480 |
| | | | | | |
| ImageMax Developer | 1 | $ 500 | $ 500 | 950 | 1620 |
| | | | | | |
| Whip Mix Model Trimmer | 1 | $ 200 | $ 200 | 5KH39QN9741HX | C15J90013 |
| | | | | | |
| Micro-Cab | 1 | $ 100 | $ 100 | 8762-4042-10 | |
| | | | | | |
| Handy-Eco Brushless Motor Lab Handpiece | 1 | $ 100 | $ 100 | ECO1000 | 1517208 |
| | | | | | |
| AO Curing Light Blue Ray 3 | 1 | $ 100 | $ 100 | | 304868086 |
| **Charging base | | | | | 304897033 |
| | | | | | |
| AO Curing Light Blue Ray 3 | 1 | $ 100 | $ 100 | | 306706058 |
| **Charging base | | | | | 306707017 |
| | | | | | |
| AO Curing Light Blue Ray 3 | 1 | $ 100 | $ 100 | | 306650026 |
| **Charging base | | | | | 306651015 |
| | | | | | |
| 3M Unitek Ortholux Luminous Curing Light | 1 | $ 100 | $ 100 | | 939212020064 |
| | | | | | |
| Scheu-Dental Biostar Pressure Molding Machine | 1 | $ 1,000 | $ 1,000 | | 1717 |
| | | | | | |
| Apollo 95E Elite Curing Light | 1 | $ 50 | $ 50 | 020-1245 | NX10410076 |
| | | | | | |
| Apollo 95E Elite Curing Light | 1 | $ 50 | $ 50 | 020-1245 | NX10350063 |
| | | | | | |
| Itero Element 2 | 1 | $ 15,000 | $ 15,000 | | BLX2019W07A083 |
| | | | | | |
| Statim 2000 | | $ 500 | $ - | 121101 | 2101AJ5878 |
| | | | | | |
| Ritter M11 UltraClave | 1 | $ 1,000 | $ 1,000 | M11-001 | ES009995 |

| Item | Qty | | Price | | Unit Price | Serial/Model |
|---|---|---|---|---|---|---|
| Dentsonic Ultrasonic Cleaner | 1 | $ | 100 | $ | 100 | UC300 | 1016 0150241 |
| Cox Rapid Heat Transfer Sterilizer | 1 | $ | 50 | $ | 50 | 6000 | CX17438 |
| Air Techniques AirStar 10 compressor | 1 | $ | 1,000 | $ | 1,000 | 1511007411 | 810-002383 |
| Air Techniques VacStar Dental Vacuum System | 1 | $ | 750 | $ | 750 | Vactstar20 | 206079 |
| Dental Units - (Circa 1996) | 6 | $ | 100 | $ | 600 | | |
| Dental Chairs - (Circa 1996) | 7 | $ | 250 | $ | 1,750 | | |
| Camera Canon EOS 60D with 100mm Macro & flash | 1 | $ | 650 | $ | 650 | | |
| | | | | | | | |
| | | | Total | | $ 25,800 | | |

### FURNITURE

| Chairs | | Ballpark Value | Total |
|---|---|---|---|
| Waiting room | 26 | $100 | $2,600 |
| Office | 10 | $100 | $1,000 |
| Benches | 7 | $100 | $700 |
| Desks | 3 | $500 | $1,500 |
| File Cabinets | 8 | $100 | $800 |
| Storage Shelves | 25 | $25 | $625 |
| | | | $7,225 |

### ELECTRONICS

| | | | |
|---|---|---|---|
| Computers - Windows 7 | 7 | $25 | $175 |
| Printers | 5 | $100 | $500 |
| Phones | 7 | $25 | $175 |
| Server | 1 | $200 | $200 |
| Copier | 1 | $100 | $100 |
| Fax | 1 | $50 | $50 |
| iPad | 2 | $100 | $200 |
| Stereo | 1 | $50 | $50 |
| Arcade Games | 2 | $500 | $1,000 |
| | | | $2,450 |

| Total | | | | | $9,675 |
|---|---|---|---|---|---|
| Air Techniques AirStar 10 compressor | 1 | $ 1,000 | $ | 1,000 | 1511007411 |
| Air Techniques VacStar Dental Vacuum System | 1 | $ 750 | $ | 750 | Vactstar20 |
| Dental Units - (Circa 1996) | 6 | $ 100 | $ | 600 | |
| Dental Chairs - (Circa 1996) | 7 | $ 250 | $ | 1,750 | |
| Camera Canon EOS 60D with 100mm Macro & flash | 1 | $ 650 | $ | 650 | |
| | | Total | $ | 6,825 | |

| Item | Opened Quantity | Opened | Unopened Quantity | Unopened | Total | Value | Total Value | Supplier | Donated to Spectrum |
|---|---|---|---|---|---|---|---|---|---|
| Toothpaste - Crest Pro Health | 1 box | 1 | 2 boxes of 36 | 2 | 2.5 | $10.98 | $27.45 | Crest + Oral B | |
| Toothpaste - Crest Gum Detoxify | 1 box | 1 | 2 boxes of 36 | 2 | 2.5 | $10.98 | $27.45 | Crest + Oral B | |
| Toothpaste - Crest Gum Sensiticty | 1 box | 1 | 2 boxes of 36 | 2 | 2.5 | $10.98 | $27.45 | Crest + Oral B | |
| Oral-B Glide Pro-Health Advanced 4mm floss | 1 box | 1 | 4 boxes of 72 | 4 | 4.5 | $26.28 | $118.26 | Crest + Oral B | |
| Crest Toothbrush supply bags | 1 | 1 | 5 | 5 | 5.5 | 0 | $0.00 | Crest + Oral B | |
| Wax packs | 1 box | 1 | 1 box of 50 | 1 | 1.5 | $35.29 | $52.94 | Benco | |
| G.U.M Soft Picks | 1 box | 1 | 2 boxes of 110 | 2 | 2.5 | $43.79 | $109.48 | Benco | |
| Plackers | 2 bags | 2 | 13 bags of 36 | 13 | 14 | $4.50 | $63.00 | Plackers | |
| Piksters Interdental Brush Size 5 | 1 | 1 | | | 0.5 | $19.99 | $10.00 | Henry Schein | |
| Piksters Interdental Brush Size 6 | 1 | 1 | | | 0.5 | $19.99 | $10.00 | Henry Schein | |
| Plastic Cups Box of 1000 | 1 | 1 | | | 0.5 | $28.79 | $14.40 | Benco | |
| Nola Red Cheek Retractors (not full nola system) | 2 | 2 | | | 1 | $26.19 | $26.19 | Benco | |
| Econoback Patient Bib 13" x 19" Rose 3-Ply Case of 500 | 2 boxes (about 700 bibs) | 2 | | | 1 | $26.99 | $26.99 | Benco | |
| Cavicide Gallon Jug | 1 | 1 | | | 0.5 | $40.79 | $20.40 | Benco | |
| Cavicide 24oz spary bottle | 2 | 2 | | | 1 | $15.79 | $15.79 | Benco | |
| Cavi 1 Gallon Jug | 1 | 1 | | | 0.5 | $42.19 | $21.10 | Benco | |
| Cavi 1 24oz spray bottle | 1 | 1 | | | 0.5 | $16.49 | $8.25 | Benco | |
| Cavi Wipes | 9 | 9 | 25 | 25 | 29.5 | $14.99 | $442.21 | Benco | |
| Sta-Lube Silicone Spray 16oz | 1 | 1 | 1 | 1 | 1.5 | $16.49 | $24.74 | Benco | |
| ValuLine Tray Covers Size B White Box of 1000 | 2 | 2 | | | 1 | $22.76 | $22.76 | Benco | |
| Liquid Enzymax | 1 gallon Jug | 1 | | | 0.5 | $113.37 | $56.69 | Benco | |
| Alginate Kromopan Pouch | 1 | 1 | 6 | 6 | 6.5 | $12.19 | $79.24 | Benco | |
| Aluminum Oxide Powder 90 micron | 1 | 1 | 1 bottle (2lb) | 1 | 1.5 | $32.99 | $49.49 | Benco | |
| Benco Cotton Rolls box of 2000 | 1 (500) | 1 | 1 | 1 | 1.5 | $33.29 | $49.94 | Benco | |
| Yellow Stone 50lb carton | 1 | 1 | | | 0.5 | $53.99 | $27.00 | Benco | |
| White Plaster 50lb carton | 1 | 1 | | | 0.5 | $43.91 | $21.96 | Benco | |
| Laboratory Pumice Medium 5lb bottle | 1 | 1 | | | 0.5 | $33.90 | $16.95 | Henry Schein | |
| Laboratory Pumice Flour 5lb bottle | 1 | 1 | | | 0.5 | $33.90 | $16.95 | Henry Schein | |
| Emulate Tray Cleaner | 1 | 1 | | | 0.5 | $23.57 | $11.79 | Benco | |
| Perfecta Blockout Resin 3cc | 1 | 1 | 1 | 1 | 1.5 | $31.49 | $47.24 | Henry Schein | |
| Flexible Mixing bowl | 8 | 8 | | | 4 | $11.29 | $45.16 | Benco | |
| Microbrush Blue Refill 400pk | 1 (3 pks of 100) | 1 | | | 0.5 | $53.49 | $26.75 | Benco | |
| Image Max ECO Developer Cleaner Image Max Chemistry for Processor Dev&Fixer | 1 | 1 | 1 box (4 sets) | 1 | 1 | $47.99 | $47.99 | X-Ray Support | |
| set | 2 sets | 2 | 1 box (8 sets) | 1 | 2 | $64.60 | $129.20 | X-Ray Support | |
| Waterflo Plus 1oz bottle | 1 | 1 | 1 | 1 | 1.5 | $8.99 | $13.49 | X-Ray Support | |
| Ceph 8x10in Green Fuji Film 100 sheet box | 1 | 1 | 1 | 1 | 1.5 | $46.99 | $70.49 | X-Ray Support | |
| Pan 15x30cm Green Fuji 100 sheet box | 1 | 1 | | | 0.5 | $55.99 | $28.00 | X-Ray Support | |
| Speed Clean 16oz bottle | 1 | 1 | | | 0.5 | $21.49 | $10.75 | Benco | |
| IMS Universal Wrap 15x15 Blue | 1 (box of 1000) | 1 | | | 0.5 | $159.99 | $80.00 | Benco | |
| Cotton Tipped Applicators | 1 (bag of 100) comes in box of (1000) | 1 | 9 Bags of 100 | 9 | 9.5 | $10.90 | $103.55 | Benco | |
| Distilled Water 1 gallon jug | 1 | 1 | 4 | 4 | 4.5 | $0.89 | $4.01 | Family Fare | |
| BlueTab Waterline tabs box of 50 | 1 | 1 | 1 | 1 | 1.5 | $38.95 | $58.43 | Benco | |
| | | | | | | | | | $442.21 |

| Item | | | | | | | | Vendor | |
|---|---|---|---|---|---|---|---|---|---|
| White Glove Dispensers | 10 | 0 | 30 | 30 | 0 | $5.99 | $0.00 | Benco | |
| Henry Schein Level 3 Facemasks White and Teal | 2 (box of 50) | 2 | | | 31 | $10.79 | $334.49 | Henry Schein | |
| Next Prophy Paste Medium Assorted Box of 200 | 110 individual cups | 1 | | | 0.5 | $47.79 | $23.90 | Benco | |
| Listerine Total Care Zero Alcohol 1L Case of 6 | 3 bottles | 3 | | | 1.5 | $35.99 | $53.99 | Benco | |
| G.U.M. Eez Floss Threaders 100 pk | 1 | 1 | | | 0.5 | $36.19 | $18.10 | Benco | |
| 2x2 Gauze (Dental City) Case of 5000 | 16 (packs of 200) | 16 | | | 8 | $33.45 | $267.60 | Dental City | |
| Health Tec Pure Touch Gloves Box of 300 size Small | 6 | 6 | 18 | 18 | 21 | $19.45 | $408.45 | DHPI | $408.45 |
| Health Tec Pure Touch Gloves Box of 300 size Med | 6 | 6 | 16 | 16 | 19 | $19.45 | $369.55 | DHPI | $369.55 |
| ValuLine Head Rest Covers 10x10 Case of 500 | 2 | 2 | 2 | 2 | 1 | $30.77 | $30.77 | Benco | |
| Mint-A-Kleen Waterline Cleaner 16oz bottle | 6 | 6 | | | 5 | $15.99 | $79.95 | Henry Schein | |
| Benco Combo Tipped HVE Bag of 100 | 1 | 1 | 9 | 9 | 9.5 | $5.84 | $55.48 | Benco | |
| Benco White Saliva Ejector Pack of 100 | 1 | | 9 | 9 | 9.5 | $3.23 | $30.69 | Benco | |
| Colgate Prevident 5000 Booster Plus Paste Fruitastic | | | 2 | 2 | 2 | $10.49 | $20.98 | Colgate | |
| Colgate Prevident 5000 Booster Plus Paste Spearmint | | | 3 | 3 | 3 | $10.49 | $31.47 | Colgate | |
| Tarter and Stain Remover | | | 1 | 1 | 1 | $19.16 | $19.16 | Benco | |
| Trap Liners Pack of 6 | 1 (5 liners) | 1 | | | 0.5 | $15.20 | $7.60 | Benco | |
| Power Chain Organizer | 1 | 1 | | | 0.5 | $50.79 | $25.40 | Benco | |
| Steam Indicator Tape | 1 | 1 | | | 2.5 | $5.84 | $14.60 | Benco | |
| Retainer Cases Sparkle 12 pk | 4 | | 2 | 2 | 2 | $8.15 | $16.30 | Dentsply | |
| Scotts C-Fold Towels case of 2400 (12 sleeves with 200) | 20 sleeves | 20 | | | 10 | $49.79 | $497.90 | Benco | |
| Maxi Guard disposable jackets size Large (10pk) | 3 jackets | 3 | | | 1.5 | $26.99 | $40.49 | Henry Schein | $40.49 |
| Maxi Guard disposable jackets size Small (10pk) | 9 jackets | 9 | | | 4.5 | $26.99 | $121.46 | Henry Schein | $121.46 |
| ValuLine Blue Sterilization pouches 5.25x10 box of 200 | 1 | 1 | 2 | 2 | 2.5 | $11.51 | $28.78 | Benco | |
| ValuLine Blue Sterilization pouches 3.5x9 Box of 500 | 1 | 1 | | | 0.5 | $19.61 | $9.81 | Benco | |
| Ortho Ice | 2 | 2 | | | 1 | $25.14 | $25.14 | Dentsply | |
| Essix C+ plastic .040 x 125mm circle Box of 100 | 1 box | 1 | | | 0.5 | $148.04 | $74.02 | Dentsply | |
| Essix A+ plastic .030 5" square Box of 100 | 1 box | 1 | | | 0.5 | $92.15 | $46.08 | Dentsply | |
| Spectra Ctd NiTi AccuForm 16X22 Lower 10pk | 1 | 1 | 4 | 4 | 4.5 | $42.97 | $193.37 | Dentsply | |
| Spectra Ctd NiTi AccuForm 16X22 Upper 10pk | 1 | 1 | | | 1.5 | $42.97 | $64.46 | Dentsply | |
| Bearrier Bite Block Cover 1.5 in x 3 in 500/8x | 1 | 1 | | | 0.5 | $30.79 | $15.40 | Henry Schein | |
| Bite Block Protectors 1" x 2" Box of 1000 | 1 | 1 | | | 0.5 | $24.79 | $12.40 | Benco | |
| REACH Floss Waxed 200 Yards Mint | | | 1 | 1 | 1 | $3.49 | $3.49 | Henry Schein | |
| Front Surface Mouth Mirror 4 Cone Socket Box of 12 | 1 (12 mirrors) | 1 | | | 0.5 | $18.71 | $9.36 | Benco | |

Forsus total — Kits 2 — $ 440

American Total — $5,413.08

| Item | Qty | Count | | | | | Price | Price | Vendor |
|---|---|---|---|---|---|---|---|---|---|
| Tetric EvoCeram Enamel Shade T 0.2g Refill Pack of 20 | 1 | 1 | | | | 0.5 | $113.99 | $57.00 | Benco |
| Articulating Paper Strips 12 sheets per bk 12bk per box | 1 | 1 | | | | 0.5 | $10.49 | $5.25 | Henry Schein |
| Deubbulizer and Wax Pattern Cleaner Blue 8oz | 1 | 1 | | | | 0.5 | $10.29 | $5.15 | Benco |
| Filtek Supreme Ultra Capsule B2-B 20 per bottle | 1 (6 capsules) | 1 | | | | 0.5 | $141.79 | $70.90 | Benco |
| Replacement Silicone Insert Distal End Cutter Pack of 3 | 1 | 1 | | | | 0.5 | $9.00 | $4.50 | Benco |
| Dry Tips Reflective Small 50 per box | 1 | 1 | 1 | | | 1.5 | $20.29 | $30.44 | Henry Schein |
| Dri-Angle w/Silver Small 400 per box | 1 | 1 | 1 | 1 | | 0.5 | $19.99 | $10.00 | Henry Schein |
| Pre-Bent Applicator Tips 22 gauge Black Pack of 100 | 1 | 1 | | | | 0.5 | $17.99 | $9.00 | Benco |
| Opal Etch 35% Phosphoric Acid - 30ml IndiSpense | 1 | 1 | 1 | 1 | | 1.5 | $59.99 | $89.99 | UltraDent |
| Zinc Pellets | 1 | 1 | | | | 0.5 | $52.00 | $26.00 | Great Lakes |
| Action Line .020 Thread | 4 | 4 | | | | 2 | | $0.00 | 3M Unitek |
| Transbond Plus Self Etching Primer - Box of 100 | 1 | 1 | | | | 0.5 | | $0.00 | 3M Unitek |
| Transbond Plus Color Change Adhesive - 25 Capsules | 1 | 1 | 1 | 1 | | 1.5 | | $0.00 | 3M Unitek |
| Multi-Cure Glass Ionomer Orthodontic Band Cement | 2 | 2 | 1 | 1 | | 2 | | $0.00 | 3M Unitek |
| Transbond LR Adhesive for Lingual Retainers - 25 Capsules | 1 | 1 | 1 | | | 0.5 | | $0.00 | 3M Unitek |
| Forsus Device Direct Push Rod Left 25mm - 5pk | 1 (2 rods) | 1 | 1 | | | 0.5 | | $0.00 | 3M Unitek |
| Forsus Device Direct Push Rod Left 29mm - 5pk | 1 (3 rods) | 1 | 1 | | | 0.5 | | $0.00 | 3M Unitek |
| Forsus Device Direct Push Rod Left 32mm - 5pk | 1 (3 rods) | 1 | 1 | | | 0.5 | | $0.00 | 3M Unitek |
| Forsus Device Direct Push Rod Left 35mm - 5pk | | 1 | 1 | | | 1 | | $0.00 | 3M Unitek |
| Forsus Device EZ2 Module Left - 5pk | 1 (1 spring) | 1 | 1 | | | 1.5 | | $0.00 | 3M Unitek |
| Forsus Device Direct Push Rod Right 25mm - 5pk | 1 (3 rods) | 1 | 1 | | | 0.5 | | $0.00 | 3M Unitek |
| Forsus Device Direct Push Rod Right 29mm - 5pk | 1 (1 rod) | 1 | 1 | | | 0.5 | | $0.00 | 3M Unitek |
| Forsus Device Direct Push Rod Right 32mm - 5pk | 1 (1 rod) | 1 | 1 | | | 1.5 | | $0.00 | 3M Unitek |
| Forsus Device Direct Push Rod Right 35mm - 5pk | | 1 | 1 | | | 1 | | $0.00 | 3M Unitek |
| Forsus Device EZ2 Module Right - 5pk | 1 (4 springs) | 1 | 1 | | | 0.5 | | $0.00 | 3M Unitek |
| Forsus Universal Split Crimp | 1 | | | | | 0 | | $0.00 | 3M Unitek |
| **Arch Wires** | | | | | | | | | |
| U 014N Gold AW 10pk | 2 | 2 | 1 | 1 | | 2 | $45.00 | $90.00 | American |
| L 014N Gold AW 10pk | 1 | 1 | 2 | 2 | | 2.5 | $45.00 | $112.50 | American |
| U 016N Gold AW 10pk | 2 | 2 | 1 | 1 | | 2 | $45.00 | $90.00 | American |

| Item | C1 | C2 | C3 | C4 | C5 | Price 1 | Price 2 | Vendor |
|---|---|---|---|---|---|---|---|---|
| L 016N Gold AW 10pk | 1 | 1 | 1 | 1 | 1.5 | $45.00 | $67.50 | American |
| U 018N Gold AW 10pk | 1 | 1 | 1 | 1 | 1.5 | $45.00 | $67.50 | American |
| L 018N Gold AW 10pk | 1 | 2 | 2 | 2 | 2.5 | $45.00 | $112.50 | American |
| U 1622N Gold AW 10pk | 1 | 1 | 1 | 1 | 1.5 | $45.00 | $67.50 | American |
| L 1622N Gold AW 10pk | 1 | 1 | 1 | 1 | 1.5 | $45.00 | $67.50 | American |
| U 016S Gold AW 10pk | 1 | 1 | 1 | 1 | 1.5 | $41.40 | $62.10 | American |
| L 016S Gold AW 10pk | 1 | 1 | 2 | 2 | 2.5 | $41.40 | $103.50 | American |
| U 1622S Gold AW 10pk | 1 | 1 | 1 | 1 | 1.5 | $41.40 | $62.10 | American |
| L 1622S Gold AW 10pk | 1 | 2 | 2 | 2 | 2.5 | $41.40 | $103.50 | American |
| L 16x16S Gold AW 10pk | 1 | 1 | 1 | 1 | 0.5 | $41.40 | $20.70 | American |
| L 16x16S Gold AW 10pk | 1 | 1 | 1 | 1 | 0.5 | $41.40 | $20.70 | American |
|  |  |  |  |  | 0 | $41.40 | $0.00 | American |
| U 012N 50pk | 1 |  | 1 |  | 0.5 | $14.65 | $7.33 | American |
| L 012N 50pk | 1 |  | 1 |  | 0.5 | $14.65 | $7.33 | American |
| U 014N 10pk | 2 | 3 | 3 | 3 | 4 | $14.65 | $58.60 | American |
| L 014N 10pk | 2 | 3 | 3 | 3 | 4 | $14.65 | $58.60 | American |
| U 016N 10pk | 2 | 3 | 3 | 3 | 4 | $14.65 | $58.60 | American |
| L 016N 10pk | 2 | 3 | 3 | 3 | 4 | $14.65 | $58.60 | American |
| U 018N 10pk | 1 | 3 | 3 | 3 | 3.5 | $14.65 | $51.28 | American |
| L 018N 10pk | 1 | 3 | 3 | 3 | 3.5 | $14.65 | $51.28 | American |
| U 014S 50pk | 1 | 3 | 3 | 3 | 3.5 | $21.76 | $76.16 | American |
| L 014S 50pk | 1 | 3 | 3 | 3 | 3.5 | $21.76 | $76.16 | American |
| U 016S 50pk | 1 | 1 | 1 | 1 | 1.5 | $21.76 | $32.64 | American |
| L 016S 50pk | 1 | 1 | 1 | 1 | 1.5 | $21.76 | $32.64 | American |
| U 018S 50pk | 1 |  | 1 |  | 0.5 | $21.76 | $10.88 | American |
| L 018S 50pk | 1 |  | 1 |  | 0.5 | $21.76 | $10.88 | American |
| U 16x16S 10pk | 2 | 3 | 3 | 3 | 4 | $8.74 | $34.96 | American |
| L 16x16S 10pk | 2 | 3 | 3 | 3 | 4 | $8.74 | $34.96 | American |
| U 1622S 10pk | 1 | 2 | 2 | 2 | 2.5 | $8.74 | $21.85 | American |
| L 1622S 10pk | 2 | 2 | 2 | 2 | 3 | $8.74 | $26.22 | American |
| U 18x18HA 10pk | 2 | 2 | 2 | 2 | 3 | $24.54 | $73.62 | American |
| L 18x18HA 10pk | 2 | 4 | 4 | 4 | 5 | $24.54 | $122.70 | American |
| U 1622HA 10pk | 2 | 3 | 3 | 3 | 4 | $24.54 | $98.16 | American |
| L 1622HA 10pk | 1 | 2 | 3 | 3 | 3.5 | $24.54 | $85.89 | American |
| U 1622TMA 10pk | 2 | 2 | 2 | 2 | 3 | $41.51 | $124.53 | American |
| L 1622TMA 10pk | 2 | 2 | 2 | 2 | 3 | $41.51 | $124.53 | American |
| U 1725TMA 10pk | 2 | 2 | 2 | 2 | 3 | $41.51 | $124.53 | American |
| L 1725TMA 10pk | 2 | 2 | 2 | 2 | 3 | $41.51 | $124.53 | American |
| L 1622RCN 10pk | 1 | 1 | 1 | 1 | 1.5 | $44.35 | $66.53 | American |

**O-Ties**

| Item | C1 | C2 | C3 | C4 | C5 | Price 1 | Price 2 | Vendor |
|---|---|---|---|---|---|---|---|---|
| Plastic Ligatures 10-Ring - Pink | 1 | 1 | 1 | 1 | 1.5 | $23.43 | $35.15 | American |
| Plastic Ligatures 10-Ring - Yellow | 1 | 1 | 1 | 1 | 1.5 | $23.43 | $35.15 | American |
| Plastic Ligatures 10-Ring - Light Blue | 1 | 1 | 1 | 1 | 1.5 | $23.43 | $35.15 | American |
| Plastic Ligatures 10-Ring - Burgundy | 1 | 1 | 1 | 1 | 1.5 | $23.43 | $35.15 | American |
| Plastic Ligatures 10-Ring - Dark Orange | 1 | 1 | 1 | 1 | 1.5 | $23.43 | $35.15 | American |
| Plastic Ligatures 10-Ring - Coral | 1 | 1 | 1 | 1 | 1.5 | $23.43 | $35.15 | American |
| Plastic Ligatures 10-Ring - Royal Blue | 1 | 1 | 1 | 1 | 1.5 | $23.43 | $35.15 | American |
| Plastic Ligatures 10-Ring - White | 1 | 1 | 1 | 1 | 0.5 | $23.43 | $11.72 | American |
| Plastic Ligatures 10-Ring - Aqua | 1 | 1 | 1 | 1 | 0.5 | $23.43 | $11.72 | American |
| Plastic Ligatures 10-Ring - Rose | 1 | 1 | 1 | 1 | 0.5 | $23.43 | $11.72 | American |

| Item | Qty | Qty2 | Size | Price A | Price B | Vendor |
|---|---|---|---|---|---|---|
| Plastic Ligatures 10-Ring - Fire Red | 1 | | 0.5 | $23.43 | $11.72 | American |
| Plastic Ligatures 10-Ring - Lilac | 1 | | 0.5 | $23.43 | $11.72 | American |
| Plastic Ligatures 10-Ring - Purple | 1 | | 0.5 | $23.43 | $11.72 | American |
| Plastic Ligatures 10-Ring - Shamrock Green | 1 | | 0.5 | $23.43 | $11.72 | American |
| Plastic Ligatures 10-Ring - Black | 1 | | 0.5 | $23.43 | $11.72 | American |
| Plastic Ligatures 10-Ring - Silver | 1 | | 0.5 | $23.43 | $11.72 | American |
| Plastic Ligatures 10-Ring - Pearl | 1 | | 0.5 | $23.43 | $11.72 | American |
| Plastic Ligatures 10-Ring - Teal | 1 | | 0.5 | $23.43 | $11.72 | American |
| Plastic Ligatures 10-Ring - Lime | 1 | | 0.5 | $23.43 | $11.72 | American |
| Plastic Ligatures 6 Stick - Bubblegum | 1 | | 0.5 | $23.43 | $11.72 | American |
| Plastic Ligatures 6 Stick - Tooth | 1 | | 0.5 | $23.43 | $11.72 | American |
| Plastic Ligatures 6 Stick - Bronze | 1 | | 0.5 | $23.43 | $11.72 | American |
| Plastic Ligatures 6 Stick - Gold Rush | 1 | | 0.5 | $23.43 | $11.72 | American |
| Plastic Ligatures 6 Stick - Orange | 1 | | 0.5 | $23.43 | $11.72 | American |
| Chain Plastic 15" Short - Black | 1 | 1 | 1.5 | $23.43 | $35.15 | American |
| Chain Plastic 15" Short - Navy Blue | 1 | 1 | 1.5 | $23.43 | $35.15 | American |
| Chain Plastic 15" Short - Clear | 1 | 1 | 1.5 | $23.43 | $35.15 | American |
| Chain Plastic 15" Short - Lime | 1 | 1 | 1.5 | $23.43 | $35.15 | American |
| Chain Plastic 15" Short - Silver | 1 | 1 | 1.5 | $23.43 | $35.15 | American |
| Chain Plastic 15" Short - Light Blue | 1 | | 0.5 | $23.43 | $11.72 | American |
| Chain Plastic 15" Short - Pearl | 1 | | 0.5 | $23.43 | $11.72 | American |
| Chain Plastic 15" Short - Royal Blue | 1 | | 0.5 | $23.43 | $11.72 | American |
| Chain Plastic 15" Short - Teal | 1 | | 0.5 | $23.43 | $11.72 | American |
| Chain Plastic 15" Short - Aqua | 1 | | 0.5 | $23.43 | $11.72 | American |
| Chain Plastic 15" Short - Lilac | 1 | | 0.5 | $23.43 | $11.72 | American |
| Chain Plastic 15" Short - Coarl | 1 | | 0.5 | $23.43 | $11.72 | American |
| Chain Plastic 15" Short - Shamrock Green | 1 | | 0.5 | $23.43 | $11.72 | American |
| Chain Plastic 15" Short - Bubblegum | 1 | | 0.5 | $23.43 | $11.72 | American |
| Chain Plastic 30" Short - Burgundy | 1 | | 0.5 | $23.43 | $11.72 | American |
| Chain Plastic 30" Short - Red | 1 | | 0.5 | $23.43 | $11.72 | American |
| Chain Plastic 30" Short - Green | 1 | | 0.5 | $23.43 | $11.72 | American |
| Chain Plastic 30" Short - Pink | 1 | | 0.5 | $23.43 | $11.72 | American |
| Chain Plastic 30" Short - Purple | 1 | | 0.5 | $23.43 | $11.72 | American |
| Chain Plastic 30" Short - Dark Orange | 1 | | 0.5 | $23.43 | $11.72 | American |
| **Gold Brackets** | | | | | | |
| U1 | 12 | | 6 | $5.91 | $35.46 | American |
| U2 | 13 | | 6.5 | $5.91 | $38.42 | American |
| U3 | 14 | | 7 | $5.91 | $41.37 | American |
| U4 | 15 | | 7.5 | $5.91 | $44.33 | American |
| U5 | 12 | | 6 | $5.91 | $35.46 | American |
| UR1 | 12 | | 6 | $5.91 | $35.46 | American |
| UR2 | 11 | | 5.5 | $5.91 | $32.51 | American |
| UR3 | 11 | | 5.5 | $5.91 | $32.51 | American |
| UR4 | 13 | | 6.5 | $5.91 | $38.42 | American |
| UR5 | 12 | | 6 | $5.91 | $35.46 | American |
| L2-2 | 43 | | 21.5 | $5.91 | $127.07 | American |
| L3 | 12 | | 6 | $5.91 | $35.46 | American |
| L4 | 10 | | 5 | $5.91 | $29.55 | American |
| L5 | 11 | | 5.5 | $5.91 | $32.51 | American |
| LR3 | 11 | | 5.5 | $5.91 | $32.51 | American |

| Item | | | | | | | |
|---|---|---|---|---|---|---|---|
| LR4 | 13 | 13 | | 6.5 | $5.91 | $38.42 | American |
| LR5 | 10 | 10 | | 5 | $5.91 | $29.55 | American |
| | | | | 0 | | $0.00 | American |
| Silver Brackets | | | | 0 | | $0.00 | |
| U1 | 15 | 15 | | 7.5 | $3.05 | $22.88 | American |
| UL2 | 12 | 12 | | 6 | $3.05 | $18.30 | American |
| UL3 | 15 | 15 | | 7.5 | $3.05 | $22.88 | American |
| UL4 | 24 | 24 | | 12 | $3.05 | $36.60 | American |
| UL5 | 21 | 21 | | 10.5 | $3.05 | $32.03 | American |
| UL6 | 25 | 25 | | 12.5 | $3.05 | $38.13 | American |
| UL7 | 35 | 35 | | 17.5 | $3.05 | $53.38 | American |
| UR1 | 12 | 12 | | 6 | $3.05 | $18.30 | American |
| UR2 | 11 | 11 | | 5.5 | $3.05 | $16.78 | American |
| UR3 | 10 | 10 | | 5 | $3.05 | $15.25 | American |
| UR4 | 20 | 20 | | 10 | $3.05 | $30.50 | American |
| UR5 | 18 | 18 | | 9 | $3.05 | $27.45 | American |
| UR6 | 25 | 25 | | 12.5 | $3.05 | $38.13 | American |
| UR7 | 32 | 32 | | 16 | $3.05 | $48.80 | American |
| L2-2 | 37 | 37 | | 18.5 | $3.05 | $56.43 | American |
| LL3 | 12 | 12 | | 6 | $3.05 | $18.30 | American |
| LL4 | 13 | 13 | | 6.5 | $3.05 | $19.83 | American |
| LL5 | 9 | 9 | | 4.5 | $3.05 | $13.73 | American |
| LL6 | 19 | 19 | | 9.5 | $3.05 | $28.98 | American |
| LL7 | 23 | 23 | | 11.5 | $3.05 | $35.08 | American |
| LR3 | 10 | 10 | | 5 | $3.05 | $15.25 | American |
| LR4 | 11 | 11 | | 5.5 | $3.05 | $16.78 | American |
| LR5 | 10 | 10 | | 5 | $3.05 | $15.25 | American |
| LR6 | 25 | 25 | | 12.5 | $3.05 | $38.13 | American |
| LR7 | 25 | 25 | | 12.5 | $3.05 | $38.13 | American |
| | | | | 0 | | $0.00 | |
| Kobayashi Hook - 100pk | 1 | 1 | | 0.5 | | $0.00 | American |
| Preformed Ligature Wire .010 - 1000pk | 1 | 1 | | 0.5 | | $0.00 | American |
| Preformed Ligature Wire .011 - 1000pk | 1 | 1 | | 0.5 | | $0.00 | American |
| Stainless Steel Bondable Retainers - Kit of 20 | 1 | 1 | | 0.5 | | $0.00 | American |
| E-Z Tie Tubing .025 | 3 | 3 | 3 | 4.5 | | $0.00 | American |
| Unimarc Archwire Marker - 100pk | 1 | 3 | 2 | 2.5 | | $0.00 | American |
| Expansion Screw Smart Swivel Key - 10pk | | 2 | 1 | 1 | | $0.00 | American |
| Coil Spring Close Wound | 4 | 4 | 1 | 3 | | $0.00 | American |
| Stainless Steel Spring | 5 | 5 | | 2.5 | | $0.00 | American |
| Nickel Titanium Open Coil Spring | 2 | 2 | | 1 | | $0.00 | American |
| Archwire Sleeve Gray | 4 | 4 | | 2 | | $0.00 | American |
| Eagle No Drift Storage Box | 1 | 1 | | 0.5 | $140.31 | $70.16 | American |
| Eagle No Drift Chairside Cover | 1 | 1 | | 0.5 | $25.84 | $12.92 | American |
| Eagle No Drift Slippery Card for Prepasted Brackets 50pk | 1 | 1 | | 0.5 | $39.39 | $19.70 | American |
| Arch Stop Split Crimpable 2mm 18x25 100pk | 1 | 1 | | 0.5 | $64.69 | $32.35 | American |
| Arch Stop Split 2mm 030 Round 100pk | 1 | 1 | | 0.5 | $80.35 | $40.18 | American |
| Ceramic Buttons 10pk | 1 | 1 | | 0.5 | $31.78 | $15.89 | American |
| Lingual Button Flat Pad 10pk | 2 | 2 | | 1 | $22.90 | $22.90 | American |
| Bracket Organizing Sticky Pad 50pk | 1 | 1 | 1 | 1.5 | $37.32 | $55.98 | American |
| Elastics NEON Bald Eagle 100pk | 1 box | 1 | 1 box of 100 | 1.5 | $40.23 | $60.35 | American |

| Item | | | | | | | | Supplier |
|---|---|---|---|---|---|---|---|---|
| Elastics Bald Eagle 100pk | 1 box | 1 | | | 0.5 | $40.23 | $20.12 | American |
| Elastics Gorilla 100pk | 1 box | 1 | 1 box of 100 | 1 | 1.5 | $40.23 | $60.35 | American |
| Elastics Falcon 100pk | 1 box | 1 | 1 box of 100 | 1 | 1.5 | $40.23 | $60.35 | American |
| Non-Latex Elastics Jellyfish 30pk | 1 box | 1 | | | 0.5 | $28.14 | $14.07 | American |
| Retainer Cases 100pk | 0.5 | 0.5 | | | 0.25 | $79.86 | $19.97 | American |
| Luer Loc Ultra Band-Lok 5g Syringe - Blue | 1 | 1 | 4 | 4 | 4.5 | $23.00 | $103.50 | Reliance |
| Luer Loc Ultra Band-Lok 5g Syringe - Clear | 2 | 2 | 1 | 1 | 2 | $23.00 | $46.00 | Reliance |
| Luer Loc 15 Gauge Tips - 60pk | 1 | 1 | 1 | 1 | 1.5 | $21.00 | $31.50 | Reliance |
| Flow Tain Flowable Light Cure Composite w/10 Tips | 1 | 1 | | | 0.5 | $20.00 | $10.00 | Reliance |
| Bond-A-Braid Hilgers 6 in lengths - 10pk | 1 | 1 | | | 0.5 | $35.00 | $17.50 | Reliance |
| Assure Plus all Surface Bonding Resin - 6ml bottle | 1 | 1 | | | 0.5 | $83.00 | $41.50 | Reliance |
| Assure Universal Bonding Resin - 6ml bottle | 1 | 1 | | | 0.5 | $69.00 | $34.50 | Reliance |
| | | | | | | $6,166.03 | $11,020.14 | |
| | | | | | | Donated | $1,382.15 | |
| | | | | | Clinic Supplies | Total | $9,637.99 | |
| | | | | | Liquidation factor | 0.2 | $1,927.60 | |
| | | | | | Office supplies | | $ 100.00 | |
| | | | | | | Grand total | $2,027.60 | |

$1,382.15

**Fill in this information to identify the case:**

Debtor name **Lidral Orthodontics, PLLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1  UNITED BANK**
Creditor's Name

**900 EAST PARIS AVENUE SE**
**GRAND RAPIDS, MI 49546**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**05/19/17**
**Last 4 digits of account number**
**9081**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**INTIAL PRACTICE LOAN - PERSONAL GUARANTEE**

Describe the lien
**BUSINESS LOAN**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$590,969.60 | $0.00

**2.2  UNITED BANK**
Creditor's Name

**900 EAST PARIS AVENUE SE**
**GRAND RAPIDS, MI 49546**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**05/19/17**
**Last 4 digits of account number**
**9111**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**LINE OF CREDIT - PERSONAL GUARANTEE**

Describe the lien
**BUSINESS LOAN**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$74,792.19 | $0.00

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor  **Lidral Orthodontics, PLLC**
_____    Case number (if known) _____
Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

| ☐ Contingent |
| ☐ Unliquidated |
| ☐ Disputed |

---

| 2.3 | **US ATTORNEY'S OFFICE** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**WESTERN DISTRICT OF MICHIGAN BANKRUPTCY SECTION PO BOX 208 GRAND RAPIDS, MI 49501-0208**

**FOR NOTICE PURPOSES**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **US SMALL BUSINESS ADMIN (SBA)** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**MICHIGAN DISTRICT OFFICE 477 MICHIGAN AVENUE SUITE 515, MCNAMARA BLDG DETROIT, MI 48226**

**FOR NOTICE PURPOSES**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $665,761.79 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

Debtor    **Lidral Orthodontics, PLLC**
_____    Case number (*if known*) _____
          Name

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **DANIEL R. KUBIAK**<br>**MIKA MEYERS**<br>**900 MONROE AVE NW**<br>**GRAND RAPIDS, MI 49503** | Line  **2.1** | **9081** |
| **DANIEL R. KUBIAK**<br>**MIKA MEYERS**<br>**900 MONROE AVE NW**<br>**GRAND RAPIDS, MI 49503** | Line  **2.2** | |

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 3

**Fill in this information to identify the case:**

Debtor name **Lidral Orthodontics, PLLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Alcala, Sara**<br>**12066 Pine Cove Dr**<br>**Rockford, MI 49341** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Allen, Lisa**<br>**4651 Hidden Highland Dr NE**<br>**Rockford, MI 49341** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          23872          Best Case Bankruptcy

| Debtor | **Lidral Orthodontics, PLLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Alvarez, Lisa Marie**
**6838 Fox Meadows NE**
**Rockford, MI 49341**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Anderson, Michael**
**14155 Algoma Ave**
**Cedar Springs, MI 49319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Annese, Alexandra**
**820 Rolling Creek**
**Lowell, MI 49321**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Banks, Richard**
**5707 Kies**
**Rockford, MI 49341**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Lidral Orthodontics, PLLC**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.7** | Priority creditor's name and mailing address

**Barcume, Troy**
**923 Bjornson St.**
**Big Rapids, MI 49307**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address

**Bayink, Michelle**
**9311 Bay Harbor**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address

**Bedard, Sarah**
**3963 Denali Dr**
**Hudsonville, MI 49426**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address

**Behrenwald, Christine**
**316 Daylily Dr**
**Sand Lake, MI 49343**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor      **Lidral Orthodontics, PLLC**                                    Case number (if known) _____
            Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|---|---|---|---|

**Besser, Dan**
**3261 Eastern NE**
**Grand Rapids, MI 49525**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|---|---|---|---|

**Bishop, Abigail**
**985 E. Beltline Ave NE**
**Grand Rapids, MI 49525**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|---|---|---|---|

**Bissell, Laurie**
**7897 Silver Hills**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|---|---|---|---|

**Blakeslee, Rachel**
**8347 Cowan Lk Dr NE**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor     **Lidral Orthodontics, PLLC**
_____
           Name                                           Case number (if known) _____

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Booth, Benjamin**
**5591 Coit Ave NE**
**Grand Rapids, MI 49525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Bosscher, Erica**
**6215 Kuttshill**
**Rockford, MI 49341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Boyd, Jamison**
**3552 Keswick**
**Belmont, MI 49306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Bray, Charles**
**9591 Arrowcrest 49341**
**Rockford, MI 49341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Lidral Orthodontics, PLLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brewer, Amanda**
**12023 Russell Ridge**
**Cedar Springs, MI 49319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Bricker, Meredith**
**6675 Twins Springs Ct**
**Rockford, MI 49341**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Bristol, Kimberly**
**4994 Castle Hill Ct**
**Rockford, MI 49341**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brown, Michelle**
**6367 Gran Via Dr. NE**
**Rockford, MI 49341**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

---

Debtor    **Lidral Orthodontics, PLLC**                                    Case number *(if known)* _____
          _____
          Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Burns, Jeffrey**
**3493 Knollwood**
**Rockford, MI 49341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Campbell, Jeffrey**
**6081 Brianna Way**
**Howard City, MI 49329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Carlson, Michael**
**6440 Fox Run**
**Rockford, MI 49341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Castillo, Judith**
**6039 Coan Rd**
**Sand Lake, MI 49343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Lidral Orthodontics, PLLC**

Name

Case number *(if known)* _____

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cavasin, Kelly**
**7852 Ella Terrace Dr NE**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cilek, Steve**
**8415 Je-Ne-Be**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cone, Shannon**
**15750 Keller Ave**
**Sand Lake, MI 49343**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cowin, Michael**
**7880 Peterson**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Lidral Orthodontics, PLLC**
_____
Name

Case number (*if known*) _____

| | | | | |
|---|---|---|---|---|
| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |

| | |
|---|---|
| 2.31 | Priority creditor's name and mailing address<br>**Crater, Tricia**<br>**2041 West 120th St**<br>**Grant, MI 49327** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes |

---

| | |
|---|---|
| 2.32 | Priority creditor's name and mailing address<br>**Cruden, John**<br>**6492 Foxtail Meadows**<br>**Rockford, MI 49341** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes |

---

| | |
|---|---|
| 2.33 | Priority creditor's name and mailing address<br>**Culver, Melissa**<br>**21423 Kristen Blvd**<br>**Pierson, MI 49339** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes |

---

| | |
|---|---|
| 2.34 | Priority creditor's name and mailing address<br>**Cummings, Brian**<br>**11700 Crystal Ridge Dr**<br>**Sparta, MI 49345** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes |

Debtor  **Lidral Orthodontics, PLLC**
_____
Name

Case number (if known) _____

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Dahlquist, Brian**
**10434 Shaner Ave**
**Rockford, MI 49341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Davison, Nichole**
**1230 Buth Dr NE**
**Comstock Park, MI 49321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Dawson, Beth**
**7221 Loma Linda Ct NE**
**Rockford, MI 49341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**DeBruine, Randall**
**2999 Cooks Creek Dr NE**
**Grand Rapids, MI 49525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Lidral Orthodontics, PLLC**      Case number (if known) _____
_____
    Name

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.39**

Priority creditor's name and mailing address
**Dekraker, Diane**
**10593 Edgerton Ave NE**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.40**

Priority creditor's name and mailing address
**DelVescovo, Christina**
**555 7th St NW Apt 407C**
**Grand Rapids, MI 49504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.41**

Priority creditor's name and mailing address
**DeMan, Christy**
**9444 Courtland**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.42**

Priority creditor's name and mailing address
**DeNardo, Colleen**
**7167 Tramore Ct NE**
**Belmont, MI 49306**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Lidral Orthodontics, PLLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Derby, Jessica**
**4111 Arthur ST. E**
**Coopersville, MI 49404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dikeman, Andrew**
**8755 Camelot**
**Rockford, MI 49341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dornan, Brenda**
**6089 Egypt Forrest**
**Rockford, MI 49341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Drehs, Roger**
**3295 Park Ridge Lane NE**
**Grand Rapids, MI 49525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Lidral Orthodontics, PLLC**                                   Case number (if known) _____
_____
          Name

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

2.47 | Priority creditor's name and mailing address
**Duvall, Patrick**
**6845 Woodhills Dr**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.48 | Priority creditor's name and mailing address
**Dyga, Nicholas**
**1237 Colorado Ave SE**
**Grand Rapids, MI 49506**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.49 | Priority creditor's name and mailing address
**Earnest, Sarah**
**11726 Echo Ridge Dr**
**Sparta, MI 49345**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.50 | Priority creditor's name and mailing address
**Edgeington (Ellison), Miranda**
**9584 Fletcher Road**
**Greenville, MI 48838**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Lidral Orthodontics, PLLC**    Case number (if known)

Name

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Eudy, Terri**
**8009 Courtland Dr Ne**
**Rockford, MI 49341**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Evans, Lawrence**
**8914 Howard City Edmore Rd**
**Lakeview, MI 48850**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Falatic, Nicole**
**153 Glane Eagle**
**Rockford, MI 49341**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Feldkamp, James**
**9429 Stone View Dr NE**
**Rockford, MI 49341**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **Lidral Orthodontics, PLLC**                                    Case number (if known) _____
_____
Name

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**2.55**

Priority creditor's name and mailing address
**Ferwerda, Holly**
**5376 Harvest Moon Ct**
**Belmont, MI 49306**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

**Unknown**   **Unknown**

---

**2.56**

Priority creditor's name and mailing address
**Fifield, Jackie**
**333 Lantern Dr NW**
**Comstock Park, MI 49321**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

**Unknown**   **Unknown**

---

**2.57**

Priority creditor's name and mailing address
**Fisk, Felicia**
**640 22 Mile Rd NE**
**Sand Lake, MI 49343**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

**Unknown**   **Unknown**

---

**2.58**

Priority creditor's name and mailing address
**Fleet, Sue**
**7612 20 Mile Rd**
**Sand Lake, MI 49343**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

**Unknown**   **Unknown**

| Debtor | **Lidral Orthodontics, PLLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Fountain, Mary**
**440 Summit Ave**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Franz, Alexander**
**10870 Green Timbers St.**
**Greenville, MI 48838**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Fries, Peter**
**7363 96th Street**
**Howard City, MI 49329**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Gale, Jay**
**17055 Uncle Willie**
**Cedar Springs, MI 49319**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Lidral Orthodontics, PLLC**        Case number *(if known)* _____

     Name

---

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Gilding, Sara**
**6936 Myers View Court**
**Rockford, MI 49341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Gill, Nic**
**600 10 Mile Rd**
**Comstock Park, MI 49321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Glover, Sue & Greg**
**236 Arbor Dr**
**Rockford, MI 49341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Gorney, Joe**
**8700 Pleasant Meadows**
**Rockford, MI 49341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Lidral Orthodontics, PLLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Grant, Edward**<br>**9230 Marabella Dr NE**<br>**Rockford, MI 49341** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Grice, Elizabeth**<br>**2898 Indian Lakes Rd**<br>**Cedar Springs, MI 49319** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Grinnell, Denise**<br>**7020 Fox Meadow DR NE**<br>**Rockford, MI 49341** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Grove, Troy and Sarah**<br>**602 Silver Birch**<br>**Howard City, MI 49329** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

---

Debtor    **Lidral Orthodontics, PLLC**                                    Case number *(if known)* _____
_____
Name

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |

2.71  Priority creditor's name and mailing address
**Hallman, Michelle**
**9544 128th St**
**Sand Lake, MI 49343**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

2.72  Priority creditor's name and mailing address
**Hammer, Bill**
**17575 McPhail**
**Cedar Springs, MI 49319**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

2.73  Priority creditor's name and mailing address
**Hanes, Joshua**
**4926  15 Mile Rd NE**
**Cedar Springs, MI 49319**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

2.74  Priority creditor's name and mailing address
**Hanson, John**
**3369 Blue Water Pine Dr NE**
**Grand Rapids, MI 49535**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| Debtor | **Lidral Orthodontics, PLLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Harkness, Kimberly**
**8924 Loveless Dr.**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Helton, Treverlyn**
**10445 Walander NE**
**Cedar Springs, MI 49319**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Hendee, Heather**
**4415  21 Mile Rd**
**Sand Lake, MI 49343**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Hendges, Rick**
**23075 Keneaville Rd**
**Pierson, MI 49339**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Lidral Orthodontics, PLLC**                                    Case number (*if known*) _____
_____
Name

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Herrington, Angela**
**5115 Shinnecock Hills Dr NW**
**Comstock Park, MI 49321**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Hess, Jenna**
**6727 Wildwood Lane**
**Cedar Springs, MI 49319**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Hill, Carrie**
**4669 Woodvalley Ct NE**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Hill, William**
**4669 Woodvalley Ct NE**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Lidral Orthodontics, PLLC**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

| 2.83 | Priority creditor's name and mailing address<br>**Himmelspach, Jake**<br>**316 Summitt Ave**<br>**Rockford, MI 49341** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.84 | Priority creditor's name and mailing address<br>**Huffman, Andy**<br>**1658 N Bay Dr**<br>**Hudsonville, MI 49426** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.85 | Priority creditor's name and mailing address<br>**Hull, Brian**<br>**2244 Broken Arrow St**<br>**Cedar Springs, MI 49319** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.86 | Priority creditor's name and mailing address<br>**Hulliberger, Reba**<br>**11871 New Costa**<br>**Sand Lake, MI 49343** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Lidral Orthodontics, PLLC**                                          Case number (if known) _____
_____
Name

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|------|------|------|------|------|

| 2.87 | Priority creditor's name and mailing address<br>**Jacobson, Charles**<br>**7877 Squires Ct. NE**<br>**Rockford, MI 49341** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address<br>**Jakiemiec, Jim**<br>**7170 Concolor Drive**<br>**Rockford, MI 49341** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address<br>**Janssens, Kyle**<br>**5270 Surf Dr**<br>**Rockford, MI 49341** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address<br>**Johnson, Jana**<br>**11841 Summit NE**<br>**Rockford, MI 49341** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Lidral Orthodontics, PLLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

2.91 | Priority creditor's name and mailing address

**Johnson, Jasmin**
**304 Lewis**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.92 | Priority creditor's name and mailing address

**Johnston, Ashley**
**1114 Griswold St SE**
**Grand Rapids, MI 49507**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.93 | Priority creditor's name and mailing address

**Jones, Amanda**
**7978 Sequoya Trail**
**Howard City, MI 49329**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.94 | Priority creditor's name and mailing address

**Karas, April**
**8276 Tartan Way NE**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Lidral Orthodontics, PLLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |

**Karulf, Matthew**
**2510 Shears Crossings Ct NE**
**Grand Rapids, MI 49525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |

**Kasper, Mary Ruth**
**6745 Fox Run**
**Rockford, MI 49341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |

**Keller, Amanda**
**6700 Pleasant View St NE**
**Rockford, MI 49341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |

**Kendall, Matthew**
**16276 Northland Dr**
**Sand Lake, MI 49343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor    **Lidral Orthodontics, PLLC**                                    Case number (if known) _____
_____
Name

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Khan, Jeaul**
**1135 Carrier Creek Blvd NE**
**Grand Rapids, MI 49504**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Knapp, Phil**
**2583 13 Mile Road**
**Rockford, MI 49341**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Knowles, Kathryn**
**3590 Jacobs Corner**
**Rockford, MI 49341**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kramer, Amy**
**7395 10 Mile Rd**
**Rockford, MI 49341**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Lidral Orthodontics, PLLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Krueger, Carolyn**
**10115 Seven Mile Rd**
**Rockford, MI 49341**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kuzma, Matthew**
**4668 Hidden Highland Dr**
**Rockford, MI 49341**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lamoreaux, Meranda**
**12334 Plantation Ct**
**Belding, MI 48809**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Landis, Kate**
**612 Highlander Dr**
**Rockford, MI 49341**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Lidral Orthodontics, PLLC**
_____
Name

Case number (if known) _____

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Leasher, Larry**<br>**5881 13 Mile Road**<br>**Rockford, MI 49341** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **LeBlanc, Kerrie**<br>**135 Kara Ct**<br>**Rockford, MI 49341** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Lefferts, Randy**<br>**153 Waxwing Ct**<br>**Cedar Springs, MI 49319** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Lewis, Mispar**<br>**3127 Royal hanna Dr Ne**<br>**Rockford, MI 49341** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Lidral Orthodontics, PLLC**        Case number (if known) _____
_____
Name

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Lewis, Richard**
**9423 East 56th St**
**Newaygo, MI 49337**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $267,708.00 | $267,708.00 |
|---|---|---|---|---|

**ANDREW C. LIDRAL**
**6269 Hazelgreen Dr. N.E.**
**ROCKFORD, MI 49341-7797**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019-2020**

Basis for the claim:
**$240,000.00 UNPAID SALARY**
**$27,708.00 UNREIMBURSED EXPENSES**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Linebaugh, Jeremy**
**9804  Coyote Trail Dr**
**Belding, MI 48809**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Litzan, Steve**
**2259 Tradition Ne**
**Grand Rapids, MI 49505**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Lidral Orthodontics, PLLC**      Case number *(if known)* _____

         Name

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Liu, Jayna**
**4100 Cannon Hills Ct**
**ADA, MI 49301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Lumley, Samatha**
**9615 10 Mile Rd**
**Rockford, MI 49341**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**MacLachlan, Duncan**
**6914 Verde Vista Dr**
**Rockford, MI 49341**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Malek, Vanessa**
**6510 Egypt Valley**
**Rockford, MI 49341**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Lidral Orthodontics, PLLC**                                    Case number *(if known)* _____
_____
Name

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |
|---|---|---|
| **2.119** | **Mangione, Gregory**<br>**7205 Rolling Highland Ct NE**<br>**Belmont, MI 49306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

**Unknown    Unknown**

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |
|---|---|---|
| **2.120** | **Marcero, Traci**<br>**273 West Divison NE**<br>**Rockford, MI 49341** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

**Unknown    Unknown**

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |
|---|---|---|
| **2.121** | **Marshal, Angie**<br>**12135 Ritchie**<br>**Cedar Springs, MI 49319** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

**Unknown    Unknown**

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |
|---|---|---|
| **2.122** | **Martin, Krista**<br>**10439 Holland Lake Rd**<br>**Greenville, MI 48838** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

Debtor    **Lidral Orthodontics, PLLC**
_____    Case number (if known) _____
Name

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**May, Suzanne**
**324 Creekside Dr**
**Coopersville, MI 49404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**McCrumb Jr., Thomas**
**313 #7 Clark St.**
**Lakeview, MI 48850**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**McCrumb, Madison**
**935 Harrison Ct**
**Lansing, MI 48917**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**McInnis, Lori**
**1770 15 Mile Rd**
**Sparta, MI 49345**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Lidral Orthodontics, PLLC**                                          Case number *(if known)*  _____
_____
Name

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

2.127 | Priority creditor's name and mailing address
**McKee, Sandra**
**7166 Larned**
**Belding, MI 48809**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.128 | Priority creditor's name and mailing address
**McWilliams, Michael**
**82 W Prospect St**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.129 | Priority creditor's name and mailing address
**Melendez, Melissa**
**9530 Summit Ave**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.130 | Priority creditor's name and mailing address
**Mooney, Michelle**
**7717 95th Ave**
**Evart, MI 49631**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

Debtor   **Lidral Orthodontics, PLLC**                                     Case number (if known) _____
              Name

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Murray, Molly**
**10926 Wellington Dr NE**
**Rockford, MI 49341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nagel, Beth**
**9299 Pheasant Trail NE**
**Rockford, MI 49341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nelson, Peter**
**868 Parkway Dr NE**
**Grand Rapids, MI 49525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Neumann, Tim**
**6850 Peninsula Ct**
**Rockford, MI 49341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Lidral Orthodontics, PLLC**
_____
Name

Case number (if known) _____

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |
|---|---|---|---|---|---|

**2.135** Priority creditor's name and mailing address
**Newell, Nancy**
**14811 Mann Rd**
**Hickory Corners, MI 49060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.136** Priority creditor's name and mailing address
**Nowak, Angelene**
**7564 Las Palmas**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.137** Priority creditor's name and mailing address
**Nowak, Bethany**
**7259 Old Hickory**
**Belmont, MI 49306**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.138** Priority creditor's name and mailing address
**Okoroafo-Mollo, Cymone**
**8365 Ramsdale Dr**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Lidral Orthodontics, PLLC**
_____ Case number (if known) _____
Name

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Orchard, Lisa**
**11223 Becker Creek Ct**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Oren, Sara**
**7800 9 Mile Rd**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Ostoin, Linda**
**6597 Foxtail Meadows Dr NE**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Patin, April**
**5322 Grosvenor**
**Sand Lake, MI 49343**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Lidral Orthodontics, PLLC**
_____    Case number (if known) _____
Name

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

2.143 | Priority creditor's name and mailing address
**Patin, Nicholas & Rebecca**
**7038 Shalimar Dr**
**Comstock Park, MI 49321**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.144 | Priority creditor's name and mailing address
**Paulen, Andrew**
**20526 W. Kendaville**
**Pierson, MI 49339**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.145 | Priority creditor's name and mailing address
**Pearcy, Shelly**
**11315 Greenwich Dr NE**
**Sparta, MI 49345**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

2.146 | Priority creditor's name and mailing address
**Peck, Tara**
**3030  12 Mile   Rd NE**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Lidral Orthodontics, PLLC**
_____
Name

Case number (if known) _____

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Perry, Amber**
**6055 Meadowlark St**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Phillips, Cathie**
**301 Norwood St**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Pienta, Catherine**
**11701 Ridge Water Dr**
**Sparta, MI 49345**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Pienta, Deana**
**3055 Valleyview**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Lidral Orthodontics, PLLC** _____   Case number _(if known)_ _____
         Name

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.151**

Priority creditor's name and mailing address
**Plummer, Julie**
**410 Tallgrass Dr**
**Cedar Springs, MI 49319**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.152**

Priority creditor's name and mailing address
**Poirier, Kristina**
**6573 11 Mile Rd**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

**Unknown**   **Unknown**

---

**2.153**

Priority creditor's name and mailing address
**Pollard, Amanda**
**13089 Cypress Ave**
**Sand Lake, MI 49343**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

**Unknown**   **Unknown**

---

**2.154**

Priority creditor's name and mailing address
**Porter, Cathleen**
**1137 Fuller SE**
**Grand Rapids, MI 49506**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

**Unknown**   **Unknown**

Debtor   **Lidral Orthodontics, PLLC**
_____   Case number *(if known)* _____
Name

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Prince, Melissa**
**6577 Laguna Vista**
**Rockford, MI 49341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Prince, Samuel**
**8449 Rollings Ave NE**
**Rockford, MI 49341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Radebach, Brooke**
**16710 Antler Dr**
**Cedar Springs, MI 49319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rau, Rick & Amy**
**17600 Simmons Ave**
**Cedar Springs, MI 49319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

Debtor    **Lidral Orthodontics, PLLC**                                    Case number (if known) _____
_____
Name

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Reamsma, Alice**
**285 Chasseral ct NW**
**Comstock Park, MI 49321**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.160 |

Priority creditor's name and mailing address
**Reason, Michelle**
**215 Pairie Run**
**Cedar Springs, MI 49319**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.161 |

Priority creditor's name and mailing address
**Remelts, Tiffany**
**530 Birch Run St**
**Howard City, MI 49329**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.162 |

Priority creditor's name and mailing address
**Rice, Debra**
**11770 20 Mile Road**
**Cedar Springs, MI 49319**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **Lidral Orthodontics, PLLC**                                    Case number *(if known)* _____
       Name

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.163**

Priority creditor's name and mailing address
**Roberts, Andrea**
**12388 Rooksby ST**
**Sand Lake, MI 49343**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.164**

Priority creditor's name and mailing address
**Robins, Stacie**
**3255 Bennington Dr**
**Cedar Springs, MI 49319**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

**Unknown**     **Unknown**

---

**2.165**

Priority creditor's name and mailing address
**Ross-Foley, Kelly**
**3255 Bennington Dr**
**Cedar Springs, MI 49319**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

**Unknown**     **Unknown**

---

**2.166**

Priority creditor's name and mailing address
**Royston, Jacalyn**
**5679 Ritchie Run**
**Cedar Springs, MI 49319**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

**Unknown**     **Unknown**

---

Debtor **Lidral Orthodontics, PLLC**
_____ Case number (if known) _____
Name

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Saetre, Allison**
**6742 Pleasant View St NE**
**Rockford, MI 49341**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Sahagun, Melanie**
**9901 Wolven Ave**
**Rockford, MI 49341**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Sarber, Erin**
**5139 Glen Oaks Dr NE**
**Rockford, MI 49341**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Schippers, Amber**
**9043 Pine Island Dr**
**Comstock Park, MI 49321**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Lidral Orthodontics, PLLC**
_____    Case number *(if known)* _____
Name

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Schwalm, Brian**
**12300 Myers Lk Ave**
**Cedar Springs, MI 49319**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Seauvageau, Teresa**
**4512 Summit Forest Dr**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Seymour, Katherine**
**527 West Randall St APT F**
**Coopersville, MI 49404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Shantz, Bren**
**4919 Brownstone**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Lidral Orthodontics, PLLC**                                            Case number (if known) _____
        _____
        Name

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Shearer, Elizabeth**
**1917 Emerald St NE**
**Grand Rapids, MI 49509**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Sikorski, Allison**
**16333 Wildwood Valley Ne**
**Cedar Springs, MI 49319**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Simpson, Brenda**
**5971 Pine Ct**
**Greenville, MI 48838**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Sims, Aaron**
**315 Congress St.**
**Belding, MI 48809**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Lidral Orthodontics, PLLC**
_____
Name

Case number (if known) _____

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Smith, Jacqueline**
**5124 Surf**
**Rockford, MI 49341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Smith, Patricia**
**5936 Alcove Dr**
**Belmont, MI 49306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Spencer, Lindsey**
**12335 Stafford**
**Ravenna, MI 49341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Spero, James**
**6782 Norman Farms NE**
**Rockford, MI 49341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor  **Lidral Orthodontics, PLLC** _____  Case number (*if known*) _____
          Name

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Sremba, Sara**<br>**6868 Kitson**<br>**Rockford, MI 49341** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Staffen, Matthew**<br>**22800 Tamerack View**<br>**Howard City, MI 49329** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Stevenson, Sarah**<br>**2346 Winston View NE**<br>**Cedar Springs, MI 49319** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Stoner, Kevin**<br>**20407 W Tufant Rd**<br>**Pierson, MI 49339** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

Debtor    **Lidral Orthodontics, PLLC**                                    Case number (if known) _____
_____
Name

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

2.187  Priority creditor's name and mailing address

**Suess, Doug**
**2823 Leelanau NE**
**Grand Rapids, MI 49525**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown     Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.188  Priority creditor's name and mailing address

**Sullivan, James**
**9580 Arrowcrest Dr NE**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown     Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.189  Priority creditor's name and mailing address

**Swartzlander, Emily**
**7825 Cannonsburg Road**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown     Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.190  Priority creditor's name and mailing address

**Teis, Robert**
**5454 Keis**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown     Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Lidral Orthodontics, PLLC**

Name

Case number (if known) _____

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Telvi, Brittney**
**246 Palmer St NE**
**Grand Rapids, MI 49505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Terrien, Brian**
**2156 Avalon View**
**Cedar Springs, MI 49319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Thomas, James**
**8250 Havenmeier Way NE**
**Rockford, MI 49341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Thompson, Vince**
**15411 Cedar Leaf Ct**
**Cedar Springs, MI 49319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor **Lidral Orthodontics, PLLC** | Case number (*if known*) _____
Name

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Tinney, Shauna**
5493 Settlers Grove Rd NE
Belmont, MI 49306

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Tyler, Amity**
8547 Meadowrock
Rockford, MI 49341

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Tyndall, Geroge**
177 Cahill Dr
Rockford, MI 49341

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Ullery, Brandy**
3907 Fraser NE
Rockford, MI 49341

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Lidral Orthodontics, PLLC**                                          Case number *(if known)* _____
_____
Name

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.199** | Priority creditor's name and mailing address
**Unger, Denny**
4138 Peter Creek NE
Rockford, MI 49341

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.200** | Priority creditor's name and mailing address
**Vandenberg, John**
9319 Marabella
Rockford, MI 49341

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.201** | Priority creditor's name and mailing address
**Vanderkooi, Andrew**
10529 Harvard Ave
Rockford, MI 49341

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.202** | Priority creditor's name and mailing address
**Vandyke, Katie**
11882 Myers Lake Ave NE
Cedar Springs, MI 49319

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor   **Lidral Orthodontics, PLLC**                                    Case number (*if known*) _____
         _____
         Name

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

2.203 | Priority creditor's name and mailing address

**Vaneck, Denise**
**8349 Childsdale**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.204 | Priority creditor's name and mailing address

**Vanmaanen, Jennifer**
**442 Shaw Estates Dr**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.205 | Priority creditor's name and mailing address

**VanOeffelen, Brittany**
**1060 Woodrow NW**
**Grand Rapids, MI 49504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.206 | Priority creditor's name and mailing address

**Vawter, Gemma**
**50 Clearview Crossing**
**Sparta, MI 49345**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Lidral Orthodontics, PLLC**

Name

Case number (if known) _____

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Verville, Jessie**
7970 Belding Rd
Rockford, MI 49341

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Vincent, Sarah**
366 Aldoph
Rockford, MI 49341

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Vining, Kayla**
3622 Blue Jay Dr
Greenville, MI 48838

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Wagen, Carey**
7306 Courtland Dr NE
Rockford, MI 49341

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Lidral Orthodontics, PLLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.211**

Priority creditor's name and mailing address

**Wagen, Carol**
**175 S Monroe**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.212**

Priority creditor's name and mailing address

**Wagner, Amber**
**8449 Rollings Ave NE**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.213**

Priority creditor's name and mailing address

**Walters, Matthew**
**3590 Jacobs Corner**
**Rockford, MI 49341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.214**

Priority creditor's name and mailing address

**Washington, Edwin**
**935 Baraga**
**Grand Rapids, MI 49503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Lidral Orthodontics, PLLC** _____ Case number (if known) _____
Name

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

| 2.215 | Priority creditor's name and mailing address<br>**Welch Jr , Richard**<br>**7035 Brewer Ave NE**<br>**Rockford, MI 49341** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.216 | Priority creditor's name and mailing address<br>**Wheeler, Amanda**<br>**5575 5 Mile Rd NE**<br>**Belmont, MI 49306** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.217 | Priority creditor's name and mailing address<br>**Winkels, Shelly**<br>**7293 Orlin Ct Ne**<br>**Rockford, MI 49341** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.218 | Priority creditor's name and mailing address<br>**Zenker, Heather**<br>**1266 Dairy Lane**<br>**Cedar Springs, MI 49319** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Lidral Orthodontics, PLLC**

Name

Case number (if known) _____

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |

**Zillmer, Linsey**
**2826 Sunset Ridge Ct**
**Rockford, MI 49341**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**ORTHODONTIC PATIENT (OR RESPONSIBLE PARTY)**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126,404.00 |

**158 MARCELL LLC**
**C/O COLLIERS INTERNATIONAL**
**333 BRIDGE ST NW**
**SUITE 1200**
**GRAND RAPIDS, MI 49504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/23/17**

Basis for the claim:  **COMMERCIAL LEASE FOR BUSINESS OPERATION LOCATION - RENT**

Last 4 digits of account number  **ITE1**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94,602.00 |

**158 MARCELL LLC**
**C/O COLLIERS INTERNATIONAL**
**333 BRIDGE ST NW**
**SUITE 1200**
**GRAND RAPIDS, MI 49504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/23/17**

Basis for the claim:  **COMMERCIAL LEASE FOR BUSINESS OPERATION LOCATION - COMMON AREA MAINTENANCE**

Last 4 digits of account number  **ITE1**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**3M UNITEK**
**2724 SOUTH PECK RD**
**MONROVIA, CA 91016-5097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **FOR NOTICE PURPOSES POSSIBLE BUSINESS DEBT**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**ADN**
**PO BOX 610**
**SOUTHFIELD, MI 48037-0610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **FOR NOTICE PURPOSES POSSIBLE INSURANCE PAYMENT OWED**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Lidral Orthodontics, PLLC**
_____    Case number (if known) _____
Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.5** Nonpriority creditor's name and mailing address

**ADOPTION SUBSIDY - MDHHS**
**PO BOX 30037**
**SUITE 412**
**LANSING, MI 48909**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FOR NOTICE PURPOSES POSSIBLE INSURANCE PAYMENT OWED

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6** Nonpriority creditor's name and mailing address

**AETNA**
**151 FARMINGTON AVE**
**HARTFORD, CT 06156**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FOR NOTICE PURPOSES POSSIBLE INSURANCE PAYMENT OWED

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7** Nonpriority creditor's name and mailing address

**ALWAYS CARE**
**8485 GOODWOOD BLVD**
**BATON ROUGE, LA 70806-7878**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FOR NOTICE PURPOSES POSSIBLE INSURANCE PAYMENT OWED

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8** Nonpriority creditor's name and mailing address

**AMERICAN ORTHODONTICS**
**3524 WASHINGTON AVE**
**SHEBOYGAN, WI 53081**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FOR NOTICE PURPOSES POSSIBLE BUSINESS DEBT

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.9** Nonpriority creditor's name and mailing address

**AMERITAS**
**5900 O STREET**
**LINCOLN, NE 68510**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FOR NOTICE PURPOSES POSSIBLE INSURANCE PAYMENT OWED

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.10** Nonpriority creditor's name and mailing address

**BC/BS OF MICHIGAN**
**600 LAFAYETTE**
**DETROIT, MI 48226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FOR NOTICE PURPOSES POSSIBLE INSURANCE PAYMENT OWED

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Lidral Orthodontics, PLLC**
_____          Case number *(if known)* _____
Name

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**BCBS ANTHEM**
**220 VIRGINIA AVENUE**
**INDIANAPOLIS, IN 46204**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FOR NOTICE PURPOSES
POSSIBLE INSURANCE PAYMENT OWED

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**BEENE GARTER**
**56 GRANDVILLE AVE SW**
**SUITE 100**
**GRAND RAPIDS, MI 49503**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FOR NOTICE PURPOSES
POSSIBLE BUSINESS DEBT

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,239.00** |

**BENCO**
**295 CENTER POINT BLVD**
**PITTSTON, PA 18640**

Date(s) debt was incurred  UNKNOWN
Last 4 digits of account number  0993

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  VENDOR:
ONGOING BUSINESS SUPPLIES

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**BHS INSURANCE**
**3055 44TH ST. SW**
**GRANDVILLE, MI 49418**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FOR NOTICE PURPOSES
POSSIBLE BUSINESS DEBT

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**CAPITAL GROUP AMERICAN FUNDS**
**PO BOX 6007**
**INDIANAPOLIS, IN 46206-6007**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FOR NOTICE PURPOSES
POSSIBLE BUSINESS DEBT

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,702.00** |

**CAPITAL ONE**
**ATTN: GENERAL CORRESPONDENCE**
**PO BOX 30285**
**SALT LAKE CITY, UT 84130-0287**

Date(s) debt was incurred  ONGOING
Last 4 digits of account number  4302

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CREDIT CARD
ANDREW LIDRAL FOR LIDRAL ORTHODONTICS

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Lidral Orthodontics, PLLC**                                  Case number (if known)  _____

_____
          Name

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**CARE CREDIT**
**PO BOX 965068**
**ORLANDO, FL 32896-5068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  FOR NOTICE PURPOSES
POSSIBLE INSURANCE PAYMENT OWED

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$824.82** |

**CHARTER COMMUNICATIONS**
**400 ATLANTIC STREET**
**STAMFORD, CT 06901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0730**

Basis for the claim:  UNPAID PHONE & INTERNET SERVICES PROVIDED

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**CIGNA**
**900 COTTAGE GROVE ROAD**
**BLOOMFIELD, CT 06002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  FOR NOTICE PURPOSES
POSSIBLE INSURANCE PAYMENT OWED

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**DELTA DENTAL OF MICHIGAN**
**4100 OKEMOS RD**
**OKEMOS, MI 48864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  FOR NOTICE PURPOSES
POSSIBLE INSURANCE PAYMENT OWED

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**DELTA DENTAL OF OH**
**PO BOX 9089**
**FARMINGTON, MI 48333-9089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  FOR NOTICE PURPOSES
POSSIBLE INSURANCE PAYMENT OWED

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**DELTA DENTAL OF WISCONSIN**
**PO BOX 828**
**STEVENS POINT, WI 54481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  FOR NOTICE PURPOSES
POSSIBLE INSURANCE PAYMENT OWED

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**DELTA OF CA :FEDERAL SERVICES**
**PO BOX 537007**
**SACRAMENTO, CA 95853-7007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  FOR NOTICE PURPOSES
POSSIBLE INSURANCE PAYMENT OWED

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **Lidral Orthodontics, PLLC**
_____
Name                                    Case number (if known) _____

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DELTA:III**
**111 SHUMAN BOULEVARD**
**NAPERVILLE, IL 60563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  FOR NOTICE PURPOSES
POSSIBLE INSURANCE PAYMENT OWED

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**FOR NOTICE PURPOSES**
**618 KENMOOR AVE SE**
**SUITE 200**
**GRAND RAPIDS, MI 49546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  FOR NOTICE PURPOSES
POSSIBLE INSURANCE PAYMENT OWED

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**FRANKENMUTH INSURANCE**
**ONE MUTUAL AVE**
**FRANKENMUTH, MI 48787-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  FOR NOTICE PURPOSES
POSSIBLE BUSINESS DEBT

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**GROUP MARKETING SERVICES**
**PO BOX 19040**
**KALAMAZOO, MI 49019-0040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  FOR NOTICE PURPOSES
POSSIBLE INSURANCE PAYMENT OWED

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $209.88 |
|---|---|---|---|

**HENRY SCHEIN**
**135 DURYEA ROAD**
**MELVILLE, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  3045

Basis for the claim:  FOR NOTICE PURPOSES
POSSIBLE BUSINESS DEBT

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $465.00 |
|---|---|---|---|

**HIGHLAND CAPITAL CORPORATION**
**1 PASSAIC AVENUE**
**FAIRFIELD, NJ 07004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  ONGOING

Last 4 digits of account number  1962

Basis for the claim:  HEALTHCARE EQUIPMENT FINANCING

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Lidral Orthodontics, PLLC**

Name

Case number *(if known)*

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,354.00** |
|---|---|---|---|

**INDEPENDENT BANK**
**230 W MAIN ST**
**IONIA, MI 48846**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/16/18**

Basis for the claim:  **HELOC - PERSONAL LOAN FOR LIDRAL**
**ORTHODONTICS, PLLC:**
**HAZELGREEN DR. NE**
**ROCKFORD, MI 49341**

Last 4 digits of account number  **2577**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**INSIGHT BENEFITS ADMINISTRATOR**
**660 ADA DR SE**
**ADA, MI 49301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **FOR NOTICE PURPOSES**
**POSSIBLE INSURANCE PAYMENT OWED**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,325.00** |
|---|---|---|---|

**INVISALIGN ALIGN**
**TECHNOLOGY INC**
**2820 ORCHARD PARKWAY**
**SAN JOSE, CA 95134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **ONGOING**

Basis for the claim:  **BUSINESS LAB FEES**

Last 4 digits of account number  **0371**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**BETTY LIDRAL**
**215 DAHL ST**
**RHINELANDER, WI 54501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **LOAN FROM INDIVIDUAL**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,300.00** |
|---|---|---|---|

**MONICA LIDRAL**
**29W175 OAK GROVE AVE**
**WEST CHICAGO, IL 60185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **LOAN FROM INDIVIDUAL**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**METLIFE**
**200 PARK AVENUE**
**NEW YORK, NY 10166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **FOR NOTICE PURPOSES**
**POSSIBLE INSURANCE PAYMENT OWED**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$76.00** |
|---|---|---|---|

**OFFICITE**
**3010 HIGHLAND PARKWAY**
**SUITE 200**
**DOWNERS GROVE, IL 60515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **UNPAID WEBSITE SERVICES PROVIDED**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Lidral Orthodontics, PLLC**                                        Case number (if known) _____
_____Name_____

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

3.37 Nonpriority creditor's name and mailing address
**OPEN EDGE**
**2578 W 600 N**
**LINDON, UT 84042**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE PURPOSES**
**POSSIBLE INSURANCE PAYMENT OWED**
**AND MERCANTILE FEES OWED**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.38 Nonpriority creditor's name and mailing address
**TEAMCARE**
**8647 W. HIGGINS ROAD**
**CHICAGO, IL 60631**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE PURPOSES**
**POSSIBLE INSURANCE PAYMENT OWED**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.39 Nonpriority creditor's name and mailing address
**UNUM & STARMOUNT LIFE INS CO**
**STARMOUNT BUILDING**
**8485 GOODWOOD BLVD**
**BATON ROUGE, LA 70898-9100**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE PURPOSES**
**POSSIBLE BUSINESS DEBT**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.40 Nonpriority creditor's name and mailing address
**VARIPRO**
**5300 PATTERSON AVE SW**
**SUITE 150**
**GRAND RAPIDS, MI 49512**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE PURPOSES**
**POSSIBLE INSURANCE PAYMENT OWED**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.41 Nonpriority creditor's name and mailing address
**ZELIS PAYMENTS**
**18167 US HIGHWAY 19 NORTH**
**SUITE 515**
**CLEARWATER, FL 33764**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE PURPOSES**
**POSSIBLE INSURANCE PAYMENT OWED**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **CURTIS D. RYPMA**<br>**SCHENK BONCHER & RYPMA**<br>**601 THREE MILE ROAD NW**<br>**GRAND RAPIDS, MI 49544-1601** | Line **2.195**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

Debtor   **Lidral Orthodontics, PLLC**
Name

Case number (if known)

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 267,708.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 330,501.70 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 598,209.70 |

**Fill in this information to identify the case:**

Debtor name    **Lidral Orthodontics, PLLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **DEBTOR HAS A COMMERCIAL LEASE WITH 158 MARCELL, LLC ON THE EAST HALF OF A BUILDING (SUITE NO. 1) LOCATED AT 158 MARCELL NE, ROCKFORD, MI 49341** | |
| | State the term remaining | **30 MONTHS** | **158 MARCELL LLC C/O COLLIERS INTERNATIONAL 333 BRIDGE ST NW SUITE 1200 GRAND RAPIDS, MI 49504** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **Lidral Orthodontics, PLLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**      *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | ANDREW C. LIDRAL | 6269 Hazelgreen Dr. N.E. ROCKFORD, MI 49341-7797 | 158 MARCELL LLC | ☐ D _____ <br> ■ E/F __3.1__ <br> ☐ G _____ |
| 2.2 | ANDREW C. LIDRAL | 6269 Hazelgreen Dr. N.E. ROCKFORD, MI 49341-7797 | 158 MARCELL LLC | ☐ D _____ <br> ■ E/F __3.2__ <br> ☐ G _____ |
| 2.3 | ANDREW C. LIDRAL | 6269 Hazelgreen Dr. N.E. ROCKFORD, MI 49341-7797 | UNITED BANK | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | ANDREW C. LIDRAL | 6269 Hazelgreen Dr. N.E. ROCKFORD, MI 49341-7797 | UNITED BANK | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | ANDREW C. LIDRAL | 6269 Hazelgreen Dr. N.E. ROCKFORD, MI 49341-7797 | US ATTORNEY'S OFFICE | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor     **Lidral Orthodontics, PLLC**                                    Case number *(if known)*

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                      Column 2: **Creditor**

| | | |
|---|---|---|
| 2.6 | **ANDREW C. LIDRAL** | **6269 Hazelgreen Dr. N.E. ROCKFORD, MI 49341-7797** |

**US SMALL BUSINESS ADMIN (SBA)**

■ D ___2.4___
☐ E/F _____
☐ G _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Andrew C. Lidral** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Andrew C. Lidral**           X _____
**Andrew C. Lidral**                Signature of Debtor 2
Signature of Debtor 1

Date  **June 11, 2020**           Date _____

**Fill in this information to identify the case:**

Debtor name  **Lidral Orthodontics, PLLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $65,588.00 |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other  _____ | $408,877.00 |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other  _____ | $510,118.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Lidral Orthodontics, PLLC**                                        Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **UNITED BANK**<br>**900 EAST PARIS AVENUE SE**<br>**GRAND RAPIDS, MI 49546** | **MONTHLY** | **$5,466.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.    **158 MARCELL LLC**<br>**C/O COLLIERS INTERNATIONAL**<br>**333 BRIDGE ST NW**<br>**SUITE 1200**<br>**GRAND RAPIDS, MI 49504** | **MONTHLY** | **$7,366.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  COMMERCIAL LEASE |

4.    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.    **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **UNITED BANK**<br>**900 EAST PARIS AVENUE SE**<br>**GRAND RAPIDS, MI 49546** | **PERSONAL PROPERTY SECURING DEBT AS LISTED ON SCHEDULES A/B** | **JUNE 1, 2020** | **$44,327.00** |

6.    **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7.    **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.    **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor     **Lidral Orthodontics, PLLC**                                          Case number *(if known)*

■ None

| Part 4: | Certain Gifts and Charitable Contributions |

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **MARTIN L. ROGALSKI, P.C.**<br>**1881 GEORGETOWN CENTER DRIVE**<br>**JENISON, MI 49428** | **ATTORNEY FEES, COSTS & COURT FILING FEE** | **11/02/2019** | **$5,500.00** |
| | Email or website address<br>**court@mrogalski.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Lidral Orthodontics, PLLC**                                      Case number *(if known)*  _____

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

   ☐ No.
   ■ Yes. State the nature of the information collected and retained.

   **NAMES, ADDRESS, SOCIAL SECURITY NUMBERS, AND OTHER PERSONAL AND HEALTH INFORMATION IN LINE WITH HIPPA REGULATIONS**

   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.
   ■ Yes. Does the debtor serve as plan administrator?

        ☐ No Go to Part 10.
        ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **LIDRAL ORTHODONTICS 401(k) PLAN** | EIN:  **82-1234577** |

        Has the plan been terminated?
        ■ No
        ☐ Yes

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor  **Lidral Orthodontics, PLLC**                                    Case number *(if known)*

---

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Lidral Orthodontics, PLLC**                                    Case number *(if known)*

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **BEENE GARTER LLP**<br>**56 GRANDVILLE AVE SW**<br>**SUITE 100**<br>**GRAND RAPIDS, MI 49503** | **ONGOING** |
| 26a.2.    **BEN GUNTER**<br>**GUNTER ACCOUNTING**<br>**880 JEFFERSON ST #B**<br>**MUSKEGON, MI 49440** | **ONGOING** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **UNITED BANK**<br>**900 EAST PARIS AVENUE SE**<br>**GRAND RAPIDS, MI 49546** |

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 6

Debtor    **Lidral Orthodontics, PLLC**                           Case number *(if known)*

---

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| ANDREW C. LIDRAL | 6269 Hazelgreen Dr. N.E. ROCKFORD, MI 49341-7797 | PRESIDENT / MEMBER | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | ANDREW C. LIDRAL 6269 Hazelgreen Dr. N.E. ROCKFORD, MI 49341-7797 | $11,500.00 | VARIOUS | EARNED INCOME |
| | Relationship to debtor PRESIDENT / MEMBER | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Lidral Orthodontics, PLLC**                                    Case number *(if known)*

---

**Part 14:**    Signature and Declaration

> **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
> 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 11, 2020**

**/s/ Andrew C. Lidral**                                    **Andrew C. Lidral**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President/Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

## United States Bankruptcy Court
### Western District of Michigan

In re   **Lidral Orthodontics, PLLC**

Case No.

Debtor(s)                    Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

I, the President/Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 11, 2020**                    **/s/ Andrew C. Lidral**

**Andrew C. Lidral**/**President/Member**
Signer/Title

158 MARCELL LLC
C/O COLLIERS INTERNATIONAL
333 BRIDGE ST NW
SUITE 1200
GRAND RAPIDS MI 49504

3M UNITEK
2724 SOUTH PECK RD
MONROVIA CA 91016-5097

ADN
PO BOX 610
SOUTHFIELD MI 48037-0610

ADOPTION SUBSIDY - MDHHS
PO BOX 30037
SUITE 412
LANSING MI 48909

AETNA
151 FARMINGTON AVE
HARTFORD CT 06156

ALCALA, SARA
12066 PINE COVE DR
ROCKFORD MI 49341

ALLEN, LISA
4651 HIDDEN HIGHLAND DR NE
ROCKFORD MI 49341

ALVAREZ, LISA MARIE
6838 FOX MEADOWS NE
ROCKFORD MI 49341

ALWAYS CARE
8485 GOODWOOD BLVD
BATON ROUGE LA 70806-7878

AMERICAN ORTHODONTICS
3524 WASHINGTON AVE
SHEBOYGAN WI 53081

AMERITAS
5900 O STREET
LINCOLN NE 68510

ANDERSON, MICHAEL
14155 ALGOMA AVE
CEDAR SPRINGS MI 49319

ANDREW C. LIDRAL
6269 HAZELGREEN DR. N.E.
ROCKFORD MI 49341-7797

ANNESE, ALEXANDRA
820 ROLLING CREEK
LOWELL MI 49321

BANKS, RICHARD
5707 KIES
ROCKFORD MI 49341

BARCUME, TROY
923 BJORNSON ST.
BIG RAPIDS MI 49307

BAYINK, MICHELLE
9311 BAY HARBOR
ROCKFORD MI 49341

BC/BS OF MICHIGAN
600 LAFAYETTE
DETROIT MI 48226

BCBS ANTHEM
220 VIRGINIA AVENUE
INDIANAPOLIS IN 46204

BEDARD, SARAH
3963 DENALI DR
HUDSONVILLE MI 49426

BEENE GARTER
56 GRANDVILLE AVE SW
SUITE 100
GRAND RAPIDS MI 49503

BEHRENWALD, CHRISTINE
316 DAYLILY DR
SAND LAKE MI 49343

BENCO
295 CENTER POINT BLVD
PITTSTON PA 18640

BESSER, DAN
3261 EASTERN NE
GRAND RAPIDS MI 49525

BHS INSURANCE
3055 44TH ST. SW
GRANDVILLE MI 49418

BISHOP, ABIGAIL
985 E. BELTLINE AVE NE
GRAND RAPIDS MI 49525

BISSELL, LAURIE
7897 SILVER HILLS
ROCKFORD MI 49341

BLAKESLEE, RACHEL
8347 COWAN LK DR NE
ROCKFORD MI 49341

BOOTH, BENJAMIN
5591 COIT AVE NE
GRAND RAPIDS MI 49525

BOSSCHER, ERICA
6215 KUTTSHILL
ROCKFORD MI 49341

BOYD, JAMISON
3552 KESWICK
BELMONT MI 49306

CARE CREDIT
PO BOX 965068
ORLANDO FL 32896-5068

CRUDEN, JOHN
6492 FOXTAIL MEADOWS
ROCKFORD MI 49341

BRAY, CHARLES
9591 ARROWCREST 49341
ROCKFORD MI 49341

CARLSON, MICHAEL
6440 FOX RUN
ROCKFORD MI 49341

CULVER, MELISSA
21423 KRISTEN BLVD
PIERSON MI 49339

BREWER, AMANDA
12023 RUSSELL RIDGE
CEDAR SPRINGS MI 49319

CASTILLO, JUDITH
6039 COAN RD
SAND LAKE MI 49343

CUMMINGS, BRIAN
11700 CRYSTAL RIDGE DR
SPARTA MI 49345

BRICKER, MEREDITH
6675 TWINS SPRINGS CT
ROCKFORD MI 49341

CAVASIN, KELLY
7852 ELLA TERRACE DR NE
ROCKFORD MI 49341

CURTIS D. RYPMA
SCHENK BONCHER & RYPMA
601 THREE MILE ROAD NW
GRAND RAPIDS MI 49544-1601

BRISTOL, KIMBERLY
4994 CASTLE HILL CT
ROCKFORD MI 49341

CHARTER COMMUNICATIONS
400 ATLANTIC STREET
STAMFORD CT 06901

DAHLQUIST, BRIAN
10434 SHANER AVE
ROCKFORD MI 49341

BROWN, MICHELLE
6367 GRAN VIA DR. NE
ROCKFORD MI 49341

CIGNA
900 COTTAGE GROVE ROAD
BLOOMFIELD CT 06002

DANIEL R. KUBIAK
MIKA MEYERS
900 MONROE AVE NW
GRAND RAPIDS MI 49503

BURNS, JEFFREY
3493 KNOLLWOOD
ROCKFORD MI 49341

CILEK, STEVE
8415 JE-NE-BE
ROCKFORD MI 49341

DAVISON, NICHOLE
1230 BUTH DR NE
COMSTOCK PARK MI 49321

CAMPBELL, JEFFREY
6081 BRIANNA WAY
HOWARD CITY MI 49329

CONE, SHANNON
15750 KELLER AVE
SAND LAKE MI 49343

DAWSON, BETH
7221 LOMA LINDA CT NE
ROCKFORD MI 49341

CAPITAL GROUP AMERICAN FUNDS
PO BOX 6007
INDIANAPOLIS IN 46206-6007

COWIN, MICHAEL
7880 PETERSON
ROCKFORD MI 49341

DEBRUINE, RANDALL
2999 COOKS CREEK DR NE
GRAND RAPIDS MI 49525

CAPITAL ONE
ATTN: GENERAL CORRESPONDENCE
PO BOX 30285
SALT LAKE CITY UT 84130-0287

CRATER, TRICIA
2041 WEST 120TH ST
GRANT MI 49327

DEKRAKER, DIANE
10593 EDGERTON AVE NE
ROCKFORD MI 49341

DELTA DENTAL OF MICHIGAN
4100 OKEMOS RD
OKEMOS MI 48864

DORNAN, BRENDA
6089 EGYPT FORREST
ROCKFORD MI 49341

FERWERDA, HOLLY
5376 HARVEST MOON CT
BELMONT MI 49306

DELTA DENTAL OF OH
PO BOX 9089
FARMINGTON MI 48333-9089

DREHS, ROGER
3295 PARK RIDGE LANE NE
GRAND RAPIDS MI 49525

FIFIELD, JACKIE
333 LANTERN DR NW
COMSTOCK PARK MI 49321

DELTA DENTAL OF WISCONSIN
PO BOX 828
STEVENS POINT WI 54481

DUVALL, PATRICK
6845 WOODHILLS DR
ROCKFORD MI 49341

FISK, FELICIA
640 22 MILE RD NE
SAND LAKE MI 49343

DELTA OF CA :FEDERAL SERVICES
PO BOX 537007
SACRAMENTO CA 95853-7007

DYGA, NICHOLAS
1237 COLORADO AVE SE
GRAND RAPIDS MI 49506

FLEET, SUE
7612 20 MILE RD
SAND LAKE MI 49343

DELTA:III
111 SHUMAN BOULEVARD
NAPERVILLE IL 60563

EARNEST, SARAH
11726 ECHO RIDGE DR
SPARTA MI 49345

FOR NOTICE PURPOSES
618 KENMOOR AVE SE
SUITE 200
GRAND RAPIDS MI 49546

DELVESCOVO, CHRISTINA
555 7TH ST NW APT 407C
GRAND RAPIDS MI 49504

EDGEINGTON (ELLISON), MIRANDA
9584 FLETCHER ROAD
GREENVILLE MI 48838

FOUNTAIN, MARY
440 SUMMIT AVE
ROCKFORD MI 49341

DEMAN, CHRISTY
9444 COURTLAND
ROCKFORD MI 49341

EUDY, TERRI
8009 COURTLAND DR NE
ROCKFORD MI 49341

FRANKENMUTH INSURANCE
ONE MUTUAL AVE
FRANKENMUTH MI 48787-0001

DENARDO, COLLEEN
7167 TRAMORE CT NE
BELMONT MI 49306

EVANS, LAWRENCE
8914 HOWARD CITY EDMORE RD
LAKEVIEW MI 48850

FRANZ, ALEXANDER
10870 GREEN TIMBERS ST.
GREENVILLE MI 48838

DERBY, JESSICA
4111 ARTHUR ST. E
COOPERSVILLE MI 49404

FALATIC, NICOLE
153 GLANE EAGLE
ROCKFORD MI 49341

FRIES, PETER
7363 96TH STREET
HOWARD CITY MI 49329

DIKEMAN, ANDREW
8755 CAMELOT
ROCKFORD MI 49341

FELDKAMP, JAMES
9429 STONE VIEW DR NE
ROCKFORD MI 49341

GALE, JAY
17055 UNCLE WILLIE
CEDAR SPRINGS MI 49319

GILDING,  SARA
6936  MYERS  VIEW  COURT
ROCKFORD  MI  49341

HAMMER,  BILL
17575  MCPHAIL
CEDAR  SPRINGS  MI  49319

HIGHLAND  CAPITAL  CORPORATIO
1  PASSAIC  AVENUE
FAIRFIELD  NJ  07004

GILL,  NIC
600  10  MILE  RD
COMSTOCK  PARK  MI  49321

HANES,  JOSHUA
4926    15  MILE  RD  NE
CEDAR  SPRINGS  MI  49319

HILL,  CARRIE
4669  WOODVALLEY  CT  NE
ROCKFORD  MI  49341

GLOVER,  SUE  &  GREG
236  ARBOR  DR
ROCKFORD  MI  49341

HANSON,  JOHN
3369  BLUE  WATER  PINE  DR  NE
GRAND  RAPIDS  MI  49535

HILL,  WILLIAM
4669  WOODVALLEY  CT  NE
ROCKFORD  MI  49341

GORNEY,  JOE
8700  PLEASANT  MEADOWS
ROCKFORD  MI  49341

HARKNESS,  KIMBERLY
8924  LOVELESS  DR.
ROCKFORD  MI  49341

HIMMELSPACH,  JAKE
316  SUMMITT  AVE
ROCKFORD  MI  49341

GRANT,  EDWARD
9230  MARABELLA  DR  NE
ROCKFORD  MI  49341

HELTON,  TREVERLYN
10445  WALANDER  NE
CEDAR  SPRINGS  MI  49319

HUFFMAN,  ANDY
1658  N  BAY  DR
HUDSONVILLE  MI  49426

GRICE,  ELIZABETH
2898  INDIAN  LAKES  RD
CEDAR  SPRINGS  MI  49319

HENDEE,  HEATHER
4415  21  MILE  RD
SAND  LAKE  MI  49343

HULL,  BRIAN
2244  BROKEN  ARROW  ST
CEDAR  SPRINGS  MI  49319

GRINNELL,  DENISE
7020  FOX  MEADOW  DR  NE
ROCKFORD  MI  49341

HENDGES,  RICK
23075  KENEAVILLE  RD
PIERSON  MI  49339

HULLIBERGER,  REBA
11871  NEW  COSTA
SAND  LAKE  MI  49343

GROUP  MARKETING  SERVICES
PO  BOX  19040
KALAMAZOO  MI  49019-0040

HENRY  SCHEIN
135  DURYEA  ROAD
MELVILLE  NY  11747

INDEPENDENT  BANK
230  W  MAIN  ST
IONIA  MI  48846

GROVE,  TROY  AND  SARAH
602  SILVER  BIRCH
HOWARD  CITY  MI  49329

HERRINGTON,  ANGELA
5115  SHINNECOK  HILLS  DR  NW
COMSTOCK  PARK  MI  49321

INSIGHT  BENEFITS  ADMINISTRAT
660  ADA  DR  SE
ADA  MI  49301

HALLMAN,  MICHELLE
9544  128TH  ST
SAND  LAKE  MI  49343

HESS,  JENNA
6727  WILDWOOD  LANE
CEDAR  SPRINGS  MI  49319

INVISALIGN  ALIGN
TECHNOLOGY  INC
2820  ORCHARD  PARKWAY
SAN  JOSE  CA  95134

JACOBSON, CHARLES
7877 SQUIRES CT. NE
ROCKFORD MI 49341

JAKIEMIEC, JIM
7170 CONCOLOR DRIVE
ROCKFORD MI 49341

JANSSENS, KYLE
5270 SURF DR
ROCKFORD MI 49341

JOHNSON, JANA
11841 SUMMIT NE
ROCKFORD MI 49341

JOHNSON, JASMIN
304 LEWIS
ROCKFORD MI 49341

JOHNSTON, ASHLEY
1114 GRISWOLD ST SE
GRAND RAPIDS MI 49507

JONES, AMANDA
7978 SEQUOYA TRAIL
HOWARD CITY MI 49329

KARAS, APRIL
8276 TARTAN WAY NE
ROCKFORD MI 49341

KARULF, MATTHEW
2510 SHEARS CROSSINGS CT NE
GRAND RAPIDS MI 49525

KASPER, MARY RUTH
6745 FOX RUN
ROCKFORD MI 49341

KELLER, AMANDA
6700 PLEASANT VIEW ST NE
ROCKFORD MI 49341

KENDALL, MATTHEW
16276 NORTHLAND DR
SAND LAKE MI 49343

KHAN, JEAUL
1135 CARRIER CREEK BLVD NE
GRAND RAPIDS MI 49504

KNAPP, PHIL
2583 13 MILE ROAD
ROCKFORD MI 49341

KNOWLES, KATHRYN
3590 JACOBS CORNER
ROCKFORD MI 49341

KRAMER, AMY
7395 10 MILE RD
ROCKFORD MI 49341

KRUEGER, CAROLYN
10115 SEVEN MILE RD
ROCKFORD MI 49341

KUZMA, MATTHEW
4668 HIDDEN HIGHLAND DR
ROCKFORD MI 49341

LAMOREAUX, MERANDA
12334 PLANTATION CT
BELDING MI 48809

LANDIS, KATE
612 HIGHLANDER DR
ROCKFORD MI 49341

LEASHER, LARRY
5881 13 MILE ROAD
ROCKFORD MI 49341

LEBLANC, KERRIE
135 KARA CT
ROCKFORD MI 49341

LEFFERTS, RANDY
153 WAXWING CT
CEDAR SPRINGS MI 49319

LEWIS, MISPAR
3127 ROYAL HANNA DR NE
ROCKFORD MI 49341

LEWIS, RICHARD
9423 EAST 56TH ST
NEWAYGO MI 49337

ANDREW C. LIDRAL
6269 HAZELGREEN DR. N.E.
ROCKFORD MI 49341-7797

BETTY LIDRAL
215 DAHL ST
RHINELANDER WI 54501

MONICA LIDRAL
29W175 OAK GROVE AVE
WEST CHICAGO IL 60185

LINEBAUGH, JEREMY
9804  COYOTE TRAIL DR
BELDING MI 48809

LITZAN, STEVE
2259 TRADITION NE
GRAND RAPIDS MI 49505

LIU, JAYNA
4100 CANNON HILLS CT
ADA MI 49301

MCCRUMB, MADISON
935 HARRISON CT
LANSING MI 48917

NEUMANN, TIM
6850 PENINSULA CT
ROCKFORD MI 49341

LUMLEY, SAMATHA
9615 10 MILE RD
ROCKFORD MI 49341

MCINNIS, LORI
1770 15 MILE RD
SPARTA MI 49345

NEWELL, NANCY
14811 MANN RD
HICKORY CORNERS MI 49060

MACLACHLAN, DUNCAN
6914 VERDE VISTA DR
ROCKFORD MI 49341

MCKEE, SANDRA
7166 LARNED
BELDING MI 48809

NOWAK, ANGELENE
7564 LAS PALMAS
ROCKFORD MI 49341

MALEK, VANESSA
6510 EGYPT VALLEY
ROCKFORD MI 49341

MCWILLIAMS, MICHAEL
82 W PROSPECT ST
ROCKFORD MI 49341

NOWAK, BETHANY
7259 OLD HICKORY
BELMONT MI 49306

MANGIONE, GREGORY
7205 ROLLING HIGHLAND CT NE
BELMONT MI 49306

MELENDEZ, MELISSA
9530 SUMMIT AVE
ROCKFORD MI 49341

OFFICITE
3010 HIGHLAND PARKWAY
SUITE 200
DOWNERS GROVE IL 60515

MARCERO, TRACI
273 WEST DIVISON NE
ROCKFORD MI 49341

METLIFE
200 PARK AVENUE
NEW YORK NY 10166

OKOROAFO-MOLLO, CYMONE
8365 RAMSDALE DR
ROCKFORD MI 49341

MARSHAL, ANGIE
12135 RITCHIE
CEDAR SPRINGS MI 49319

MOONEY, MICHELLE
7717 95TH AVE
EVART MI 49631

OPEN EDGE
2578 W 600 N
LINDON UT 84042

MARTIN, KRISTA
10439 HOLLAND LAKE RD
GREENVILLE MI 48838

MURRAY, MOLLY
10926 WELLINGTON DR NE
ROCKFORD MI 49341

ORCHARD, LISA
11223 BECKER CREEK CT
ROCKFORD MI 49341

MAY, SUZANNE
324 CREEKSIDE DR
COOPERSVILLE MI 49404

NAGEL, BETH
9299 PHEASANT TRAIL NE
ROCKFORD MI 49341

OREN, SARA
7800 9 MILE RD
ROCKFORD MI 49341

MCCRUMB JR., THOMAS
313 #7 CLARK ST.
LAKEVIEW MI 48850

NELSON, PETER
868 PARKWAY DR NE
GRAND RAPIDS MI 49525

OSTOIN, LINDA
6597 FOXTAIL MEADOWS DR NE
ROCKFORD MI 49341

PATIN, APRIL
5322 GROSVENOR
SAND LAKE MI 49343

PATIN, NICHOLAS & REBECCA
7038 SHALIMAR DR
COMSTOCK PARK MI 49321

PAULEN, ANDREW
20526 W. KENDAVILLE
PIERSON MI 49339

PEARCY, SHELLY
11315 GREENWICH DR NE
SPARTA MI 49345

PECK, TARA
3030 12 MILE   RD NE
ROCKFORD MI 49341

PERRY, AMBER
6055 MEADOWLARK ST
ROCKFORD MI 49341

PHILLIPS, CATHIE
301 NORWOOD ST
ROCKFORD MI 49341

PIENTA, CATHERINE
11701 RIDGE WATER DR
SPARTA MI 49345

PIENTA, DEANA
3055 VALLEYVIEW
ROCKFORD MI 49341

PLUMMER, JULIE
410 TALLGRASS DR
CEDAR SPRINGS MI 49319

POIRIER, KRISTINA
6573 11 MILE RD
ROCKFORD MI 49341

POLLARD, AMANDA
13089 CYPRESS AVE
SAND LAKE MI 49343

PORTER, CATHLEEN
1137 FULLER SE
GRAND RAPIDS MI 49506

PRINCE, MELISSA
6577 LAGUNA VISTA
ROCKFORD MI 49341

PRINCE, SAMUEL
8449 ROLLINGS AVE NE
ROCKFORD MI 49341

RADEBACH, BROOKE
16710 ANTLER DR
CEDAR SPRINGS MI 49319

RAU, RICK & AMY
17600 SIMMONS AVE
CEDAR SPRINGS MI 49319

REAMSMA, ALICE
285 CHASSERAL CT NW
COMSTOCK PARK MI 49321

REASON, MICHELLE
215 PAIRIE RUN
CEDAR SPRINGS MI 49319

REMELTS, TIFFANY
530 BIRCH RUN ST
HOWARD CITY MI 49329

RICE, DEBRA
11770 20 MILE ROAD
CEDAR SPRINGS MI 49319

ROBERTS, ANDREA
12388 ROOKSBY ST
SAND LAKE MI 49343

ROBINS, STACIE
3255 BENNINGTON DR
CEDAR SPRINGS MI 49319

ROSS-FOLEY, KELLY
3255 BENNINGTON DR
CEDAR SPRINGS MI 49319

ROYSTON, JACALYN
5679 RITCHIE RUN
CEDAR SPRINGS MI 49319

SAETRE, ALLISON
6742 PLEASANT VIEW ST NE
ROCKFORD MI 49341

SAHAGUN, MELANIE
9901 WOLVEN AVE
ROCKFORD MI 49341

SARBER, ERIN
5139 GLEN OAKS DR NE
ROCKFORD MI 49341

SCHIPPERS, AMBER
9043 PINE ISLAND DR
COMSTOCK PARK MI 49321

SCHWALM, BRIAN
12300 MYERS LK AVE
CEDAR SPRINGS MI 49319

SEAUVAGEAU, TERESA
4512 SUMMIT FOREST DR
ROCKFORD MI 49341

SEYMOUR, KATHERINE
527 WEST RANDALL ST APT F
COOPERSVILLE MI 49404

SHANTZ, BREN
4919 BROWNSTONE
ROCKFORD MI 49341

SHEARER, ELIZABETH
1917 EMERALD ST NE
GRAND RAPIDS MI 49509

SIKORSKI, ALLISON
16333 WILDWOOD VALLEY NE
CEDAR SPRINGS MI 49319

SIMPSON, BRENDA
5971 PINE CT
GREENVILLE MI 48838

SIMS, AARON
315 CONGRESS ST.
BELDING MI 48809

SMITH, JACQUELINE
5124 SURF
ROCKFORD MI 49341

SMITH, PATRICIA
5936 ALCOVE DR
BELMONT MI 49306

SPENCER, LINDSEY
12335 STAFFORD
RAVENNA MI 49341

SPERO, JAMES
6782 NORMAN FARMS NE
ROCKFORD MI 49341

SREMBA, SARA
6868 KITSON
ROCKFORD MI 49341

STAFFEN, MATTHEW
22800 TAMERACK VIEW
HOWARD CITY MI 49329

STEVENSON, SARAH
2346 WINSTON VIEW NE
CEDAR SPRINGS MI 49319

STONER, KEVIN
20407 W TUFANT RD
PIERSON MI 49339

SUESS, DOUG
2823 LEELANAU NE
GRAND RAPIDS MI 49525

SULLIVAN, JAMES
9580 ARROWCREST DR NE
ROCKFORD MI 49341

SWARTZLANDER, EMILY
7825 CANNONSBURG ROAD
ROCKFORD MI 49341

TEAMCARE
8647 W. HIGGINS ROAD
CHICAGO IL 60631

TEIS, ROBERT
5454 KEIS
ROCKFORD MI 49341

TELVI, BRITTNEY
246 PALMER ST NE
GRAND RAPIDS MI 49505

TERRIEN, BRIAN
2156 AVALON VIEW
CEDAR SPRINGS MI 49319

THOMAS, JAMES
8250 HAVENMEIER WAY NE
ROCKFORD MI 49341

THOMPSON, VINCE
15411 CEDAR LEAF CT
CEDAR SPRINGS MI 49319

TINNEY, SHAUNA
5493 SETTLERS GROVE RD NE
BELMONT MI 49306

TYLER, AMITY
8547 MEADOWROCK
ROCKFORD MI 49341

TYNDALL, GEROGE
177 CAHILL DR
ROCKFORD MI 49341

ULLERY, BRANDY
3907 FRASER NE
ROCKFORD MI 49341

UNGER, DENNY
4138 PETER CREEK NE
ROCKFORD MI 49341

UNITED BANK
900 EAST PARIS AVENUE SE
GRAND RAPIDS MI 49546

UNUM & STARMOUNT LIFE INS CO
STARMOUNT BUILDING
8485 GOODWOOD BLVD
BATON ROUGE LA 70898-9100

VAWTER, GEMMA
50 CLEARVIEW CROSSING
SPARTA MI 49345

WHEELER, AMANDA
5575 5 MILE RD NE
BELMONT MI 49306

US ATTORNEY'S OFFICE
WESTERN DISTRICT OF MICHIGAN
BANKRUPTCY SECTION
PO BOX 208
GRAND RAPIDS MI 49501-0208

VERVILLE, JESSIE
7970 BELDING RD
ROCKFORD MI 49341

WINKELS, SHELLY
7293 ORLIN CT NE
ROCKFORD MI 49341

US SMALL BUSINESS ADMIN (SBA)
MICHIGAN DISTRICT OFFICE
477 MICHIGAN AVENUE
SUITE 515, MCNAMARA BLDG
DETROIT MI 48226

VINCENT, SARAH
366 ALDOPH
ROCKFORD MI 49341

ZELIS PAYMENTS
18167 US HIGHWAY 19 NORTH
SUITE 515
CLEARWATER FL 33764

VANDENBERG, JOHN
9319 MARABELLA
ROCKFORD MI 49341

VINING, KAYLA
3622 BLUE JAY DR
GREENVILLE MI 48838

ZENKER, HEATHER
1266 DAIRY LANE
CEDAR SPRINGS MI 49319

VANDERKOOI, ANDREW
10529 HARVARD AVE
ROCKFORD MI 49341

WAGEN, CAREY
7306 COURTLAND DR NE
ROCKFORD MI 49341

ZILLMER, LINSEY
2826 SUNSET RIDGE CT
ROCKFORD MI 49341

VANDYKE, KATIE
11882 MYERS LAKE AVE NE
CEDAR SPRINGS MI 49319

WAGEN, CAROL
175 S MONROE
ROCKFORD MI 49341

VANECK, DENISE
8349 CHILDSDALE
ROCKFORD MI 49341

WAGNER, AMBER
8449 ROLLINGS AVE NE
ROCKFORD MI 49341

VANMAANEN, JENNIFER
442 SHAW ESTATES DR
ROCKFORD MI 49341

WALTERS, MATTHEW
3590 JACOBS CORNER
ROCKFORD MI 49341

VANOEFFELEN, BRITTANY
1060 WOODROW NW
GRAND RAPIDS MI 49504

WASHINGTON, EDWIN
935 BARAGA
GRAND RAPIDS MI 49503

VARIPRO
5300 PATTERSON AVE SW
SUITE 150
GRAND RAPIDS MI 49512

WELCH  JR , RICHARD
7035 BREWER AVE NE
ROCKFORD MI 49341

08/17

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In re:                                    Case No. _____

**Lidral Orthodontics, PLLC**        Chapter 7

Debtor(s).

_____ /

## ASSET PROTECTION REPORT

Pursuant to Local Bankruptcy Rule 1007-2(d), debtors filing a Chapter 7 petition and debtors in a case converting to Chapter 7 must file an Asset Protection Report. List below any property referenced on **Schedule D** (Creditors Holding Secured Claims); or **Schedule G** (Executory Contracts and Unexpired Leases); and **any insurable asset in which there is nonexempt equity.** For each asset listed, provide the following information regarding property damage or casualty insurance:

| INSURABLE ASSET (from schedules) | IS ASSET INSURED? (Yes/No) | NAME & ADDRESS OF AGENT OR INSURANCE CO. | POLICY EXPIRATION DATE (MM/YYYY) | WILL DEBTOR RENEW INSURANCE ON EXPIRATION? (Yes/No) |
|---|---|---|---|---|
| **COMMERCIAL LEASE WITH 158 MARCELL, LLC ON THE EAST HALF OF A BUILDING (SUITE NO. 1) LOCATED AT 158 MARCELL NE, ROCKFORD, MI 49341** | Yes | **Aspen American Insurance Company Nat'l Administrator: B & B Protector Plans Inc. P.O. Box 173569 Tampa, FL 33672-3569 State Administrator: MDA Insurance 3657 Okemos Road, Suite 100 Okemos, MI 48864-3927** | 05/2021 | Yes |
| **ALL BUSINESS RELATED PROPERTY** | Yes | Same as listed above. | 05/2021 | Yes |

If the debtor is self-employed, does the debtor have general liability insurance for business activities? Yes ☐  No ☐

I declare, under penalty of perjury, that the above information is true and accurate to the best of my knowledge. I intend to provide insurance protection for any exemptible interests in real or personal property of the estate, and I request that the trustee not expend estate funds to procure insurance coverage for my exemptible assets.

Dated: **June 11, 2020**                    /s/ Andrew C. Lidral
                                                              **Andrew C. Lidral**
                                                              Debtor

Pursuant to LBR 1007-2(f), debtor is required to provide the trustee with a copy of the Declarations Page for any insurance policy covering an insurable asset at least 7 days before the date first set for the meeting of creditors.